**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| S.J., as Parent, Conservator, and Next Friend of N.J., | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § § | |
| PERRYTON INDEPENDENT SCHOOL DISTRICT, and | § § § § | CASE NO. 2:24-cv-00168-Z |
| COLE UNDERWOOD, Individually and in his official capacity as Athletic Director of Perryton ISD, | § § § § § § | |
| **Defendants.** | § § | |

---

**DEFENDANT PERRYTON INDEPENDENT SCHOOL DISTRICT'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DEFENDANT PERRYTON INDEPENDENT SCHOOL DISTRICT ("District" or "Defendant Perryton ISD"), by and through counsel, and hereby files this Motion to Dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6) and would show the Court as follows:

**DEFENDANT PERRYTON ISD'S MOTION TO DISMISS**

Plaintiff's Complaint alleges claims against the District under (1) 42 U.S.C. Section 1983 for violations of the Fifth Amendment and Fourteenth Amendment to the U.S. Constitution; and (2) Title IX of the Education Amendments of 1972. Through this Complaint, Plaintiff attempts to impose liability on Defendant Perryton ISD for the unlawful acts of a former District employee.

1

Plaintiff's allegations are insufficient to support a finding of liability against the District for any of the legal theories raised.

Defendant Perryton ISD moves the Court to dismiss all claims asserted against the District pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In accordance with Local Civil Rules 7.1(d) and 7.2, the District is filing a Brief in Support of this Motion, which sets forth the District's contentions, arguments and authorities in support of the requested relief.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Perryton Independent School District prays the Court grant its Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and enter an order dismissing all of Plaintiff's claims in their entirety with prejudice. Defendant further prays for any such other and further relief to which it may show itself entitled.

Respectfully submitted,

/s/ *Slater C. Elza*

Slater C. Elza
State Bar No. 24000747
slater.elza@uwlaw.com
Fred A. Stormer
State Bar No. 24013579
fred.stormer@uwlaw.com
**UNDERWOOD LAW FIRM P.C.**
P.O. Box 9158
Amarillo, TX 79105
Tel:  (806) 376-5613
Fax:  (806) 379-0316

2

Janet Sobey Bubert
State Bar No. 24036281
janet.bubert@uwlaw.com
**UNDERWOOD LAW FIRM, P.C.**
600 Bailey Avenue, Suite 200
Fort Worth, TX  76107
Tel: (817) 885-7529
Fax: (817) 439-9922

ATTORNEYS FOR DEFENDANT
PERRYTON INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties of record via the Court's Electronic Filing System on the 9th day of September, 2024.

*/s/ Slater C. Elza*
Slater C. Elza