# APPENDIX

## to

## Plaintiff's *Motion for Adverse Inference Jury Instruction Based on Spoliation of Critical Evidence*

### -per Local Civil Rule 7.1(i)-

## TABLE OF CONTENTS

**Exhibit 1** ...................................................................................................................................1

**Exhibit 2** ...................................................................................................................................5

**Exhibit 3** ...................................................................................................................................7

**Exhibit 4** ...................................................................................................................................9

**Exhibit 5** .................................................................................................................................11

**Exhibit 6** .................................................................................................................................14

**Exhibit 7** .................................................................................................................................39

**Exhibit 8** .................................................................................................................................41

**Exhibit 9** ...............................................................................................................................140

**Exhibit 10** .............................................................................................................................179

**Exhibit 11** .............................................................................................................................183

# Exhibit 1

# GOODWIN / LEWIS

May 6, 2024

Tyler L. Gentry
tgentry@goodwinlewis.com

Kyle Goodwin
kgoodwin@goodwinlewis.com

*Sent via certified and electronic mail*

Perryton Independent School District ("Perryton ISD")
Attn: Greg Brown, Superintendent
PO Box 1048
Perryton, TX 79070-1048
gbrown@perrytonisd.com

Re:    *Cole Underwood and duty to preserve evidence*

## PRESERVATION OF EVIDENCE NOTICE

Mr. Brown,

Please be advised that my firm has been retained by the family of minor child, ▮▮▮▮▮ ▮▮▮▮▮▮, relative to certain improper conduct that occurred between said minor child and former Perryton ISD employee and Athletic Director, Cole Underwood ("Subject Incident"). It is my understanding that Perryton ISD issued a *Press Release* on or about April 25, 2024 regarding the Subject Incident. Please be advised that my firm is currently in the process of investigating said conduct in preparation for impending formal litigation ("Subject Investigation").

By this correspondence, please take notice that you are obligated to preserve any documents and electronically stored information in your possession, custody, or control that contains information that may be relevant to the Subject Incident or Subject Investigation. See *Brookshire Bros. v. Aldridge*, 438 S.W.3d 9 (Tex.2014) (you have a duty to preserve evidence when you know or reasonably should know that (1) there is a substantial chance that a claim will be filed and (2) evidence in your possession or control will be material and relevant to that claim). See also *In re Advanced Powder Solutions, Inc.*, 496 S.W.3d 838 (Tex. App.--Houston [1st Dist.] 2016, no pet.) ("When a reasonable person would conclude from the severity of an accident or other circumstances that a substantial chance of litigation exists, a duty to preserve evidence arises."). You are also required to retain any potentially relevant electronically stored information in the format in which it currently exists.

Although it is your responsibility to preserve *all* relevant information, the following sources are particularly likely to contain information relevant to the Subject Incident and Subject Investigation:



420 NW 6th. Second Floor
Oklahoma City, OK 73102          (405) 900-5700          Goodwinlewis.com

002

1. The complete employment file for Cole Underwood at Perryton ISD, including, but not limited to, any and all information and documentation received from Amarillo Independent School District either before or after Cole Underwood was hired.

2. Information found on computers, cell phones, or data storage devices used by Cole Underwood.

3. All correspondence, including emails, sent to and from Cole Underwood.

4. All correspondence, including emails, sent to and from any other employee of Perryton ISD regarding Cole Underwood, the Subject Incident, or similar incidents/concerns.

5. All correspondence, including emails, sent to and from any other individual, such as a student, parent or other member of the community, regarding Cole Underwood, the Subject Incident, or similar incidents/concerns.

6. All voice mail for Cole Underwood.

7. All video footage recorded of Cole Underwood on any security cameras maintained by Perryton ISD.

8. Any and all applicable school policies and procedures to the Subject Incident.

Note, the above list is not exhaustive, and I expect Perryton ISD to preserve *any and all relevant evidence* regarding the Subject Incident. In order to preserve this information, it is critical that you suspend any document deletion and destruction policies that may result in the destruction of any relevant information and documentation, including electronically stored information and documentation, and put in place a *litigation hold* to ensure the preservation of relevant information and documentation.

Failure to comply with your preservation obligations may be considered spoliation of evidence and may subject Perryton ISD to, *inter alia*, sanctions by a Court. **Please confirm receipt of this correspondence at your earliest convenience**. If you have any questions about this correspondence, I can be reached at (405) 900-5700 or tgentry@goodwinlewis.com.

Best regards,

Tyler L. Gentry
Attorney at Law

2

003

TLG/rh

cc:    Client

3

004

# Exhibit 2

## Tyler Gentry

| | |
|---|---|
| **From:** | Fred Stormer <Fred.Stormer@uwlaw.com> |
| **Sent:** | Tuesday, May 7, 2024 3:35 PM |
| **To:** | Tyler Gentry |
| **Cc:** | Slater Elza |
| **Subject:** | Perryton ISD & Preservation of Evidence Notice |

Good afternoon Mr. Gentry,

The Underwood Law Firm represents Perryton ISD (the "District"). The District received your Preservation of Evidence Notice and is taking steps to preserve all relevant evidence regarding the Subject Incident identified in your Notice. Please direct any future communications about this matter to my attention.

Thank you.



**Fred Stormer**
O 500 S. Taylor, Suite 1200, Amarillo, TX 79101
M PO Box 9158, Amarillo, TX 79105
D 806.379.0306 O 806.376.5613

NOTICE: This communication may contain privileged or confidential information. If you are not the intended recipient or have received it in error, please advise the sender by reply email and immediately delete this email and any attachments without reading, copying, or disclosing the contents. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents is prohibited. Your receipt of this communication is not intended to waive any applicable privilege.

NOT AN E-SIGNATURE:　No portion of this email is an "electronic signature" and neither the author nor any client thereof will be bound by this e-mail unless expressly designated by the author as approved by the author's client as binding.

**IMPORTANT**

**The Corporate Transparency Act (the "CTA") took effect on January 1, 2024**
**Find out more here**

NOTICE: This communication may contain privileged or confidential information. If you are not the intended recipient or have received it in error, please advise the sender by reply email and immediately delete this email and any attachments without reading, copying or disclosing the contents. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents is prohibited. Your receipt of this communication is not intended to waive any applicable privilege.

NOT AN E-SIGNATURE: No portion of this email is an "electronic signature" and neither the author nor any client thereof will be bound by this e-mail unless expressly designated by the author as approved by the author's client as binding.

006

# Exhibit 3

| From: | Greg Brown <gbrown@perrytonisd.com> |
|---|---|
| Sent: | Thursday, 9 May 2024 |
| To: | Donna Hale <dhale@perrytonisd.com> |
| Subject: | preserve the evidence |
| Attachments: | |

---

Attached to this email is a letter from our attorney. The reason for sending this is that we received a "preserve the evidence" letter from a law firm. This is a common practice and simply serves as a notice to keep things that might be needed in legal proceedings. Please don't worry or speculate on anything right now. We have to notify everyone that might have something that is needed so that none of it gets destroyed.

For now, here is what you need to do. Hold on to anything that you have that is related to Cole and the minor student in the allegation (text messages, emails in your personal email account, notes, pictures, etc...) and don't delete it. If you want to, you can begin gathering those things together because we might have to ask for them in the near future.

None of us wants to be in this position, but it's important that we follow through with this request. Thank you to each of you! Keep doing great things for the kids you see every day.

Greg

--

**Perryton ISD**
Engage. Educate, Empower...Everyone. Everyday

*Greg Brown*
**Greg Brown**
**Superintendent**

806.435.5478
gbrown@perrytonisd.com

PISD 15526

008

# Exhibit 4

From:       Greg Brown <gbrown@perrytonisd.com>

Sent:       Tuesday, 11 Jun 2024

To:       Donna Hale <dhale@perrytonisd.com>

Subject:       Preserve Evidence

Attachments:

---

Attached to this email is a letter from our attorney. The reason for sending this is that we received an additional "preserve the evidence" letter from a law firm. This is a common practice and simply serves as a notice to keep things that might be needed in legal proceedings. This is similar to the letter that you received earlier this year from me. And just like then, Please don't worry or speculate on anything right now. We have to notify everyone that might have something that is needed so that none of it gets destroyed.

For now, here is what you need to do. Hold on to anything that you have that is related to Cole and the minor student in the allegation (text messages, emails in your personal email account, notes, pictures, etc...) and don't delete it. If you want to, you can begin gathering those things together because we might have to ask for them in the near future.

None of us wants to be in this position, but it's important that we follow through with this request. I hope you are having a great summer and getting some much needed rest.

Greg

--

**Perryton ISD**
Engage. Educate, Empower...Everyone. Everyday

**Greg Brown**
**Superintendent**

806.435.5478
gbrown@perrytonisd.com

PISD 15527

010

# Exhibit 5

| From: | Greg Brown <gbrown@perrytonisd.com> |
|---|---|
| Sent: | Monday, 24 Jun 2024 |
| To: | "undisclosed-recipients:" <nobody1@nowhere.invalid> |
| Subject: | Re: Preserve Evidence |
| Attachments: | |

Happy Monday. We have recently been made aware that attorneys that are not representing Perryton ISD have been attempting to make contact with employees (and former employees) regarding the C. Underwood situation. Since it is concerning possible litigation it is very important that we know who they might be talking to. Please let me know as soon as possible if you are being contacted or if you have had conversations with any attorneys regarding C. Underwood. And please do not have any conversations with them without checking with me first.

Thank you.

On Tue, Jun 11, 2024 at 1:27 PM Greg Brown <gbrown@perrytonisd.com> wrote:
Attached to this email is a letter from our attorney. The reason for sending this is that we received an additional "preserve the evidence" letter from a law firm. This is a common practice and simply serves as a notice to keep things that might be needed in legal proceedings. This is similar to the letter that you received earlier this year from me. And just like then, Please don't worry or speculate on anything right now. We have to notify everyone that might have something that is needed so that none of it gets destroyed.

For now, here is what you need to do. Hold on to anything that you have that is related to Cole and the minor student in the allegation (text messages, emails in your personal email account, notes, pictures, etc...) and don't delete it. If you want to, you can begin gathering those things together because we might have to ask for them in the near future.

None of us wants to be in this position, but it's important that we follow through with this request. I hope you are having a great summer and getting some much needed rest.

Greg

--

PISD 12530

012



**Greg Brown**
**Superintendent**

806.435.5478
gbrown@perrytonisd.com

--



**Greg Brown**
**Superintendent**

806.435.5478
gbrown@perrytonisd.com

**PISD 12531**

013

# Exhibit 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| 1) | S.J., as parent, Conservator, and Next Friend of N.J., | §<br>§<br>§ |
| | **Plaintiff,** | §<br>§<br>§ |
| | v. | §<br>§<br>§ |
| 2) | **PERRYTON INDEPENDENT SCHOOL DISTRICT, and** | §<br>§<br>§ |
| 3) | **COLE UNDERWOOD,** individually and in his official capacity as Athletic Director of Perryton ISD, | §<br>§  **Case No. 2:24-CV-00168-Z**<br>§<br>§ |
| | **Defendants.** | §<br>§<br>§ |

## PLAINTIFF'S FIRST INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSION TO DEFENDANT PERRYTON INDEPENDENT SCHOOL DISTRICT

TO:            Defendant, Perryton Independent School District ("PISD")

By SERVING:    Underwood Law Firm, P.C.
               Slater C. Elza
               slater.elza@uwlaw.com
               Fred A. Stormer
               fred.stormer@uwlaw.com
               P.O. Box 9185
               Amarillo, Texas 79105

               and

               Janet Sobey Bubert
               Janet.bubert@uwlaw.com
               600 Bailey Avenue, Suite 200
               Fort Worth, TX 76107

Plaintiff, S.J. as parent, Conservator, and Next Friend of N.J. ("NJ" or "Plaintiff"), hereby requests that the Defendant, Perryton Independent School District ("PISD"), answer in writing, under oath, each of the following interrogatories pursuant to FED. R. CIV. P. 33, each of the

1

015

following requests for production pursuant to FED. R. CIV. P. 34, and each of the following requests for admission pursuant to FED. R. CIV. P. 36, in accordance with the definitions and instructions set forth herein. These Interrogatories, Requests for Production, and Requests for Admission must be answered by PISD, must be answered under oath, and the answers or objections to all such discovery requests must be in writing with a copy sent to Plaintiff's attorneys within thirty (30) days from the date of service pursuant to FED. R. CIV. P. 33, 34 and 36.

## DEFINITIONS

A.    "Defendant", "you," "your," or "PISD," refers not only to the named Defendant, Perryton Independent School District, but also to any of its agents, employees, investigators, representatives, or any other person(s) who have or had, to the time of answering these Interrogatories, Requests for Production, and Requests for Admission, acquired knowledge of facts in the interest of Plaintiff concerning matters which are the subject of this litigation.

B.    As used herein, "NJ" shall mean the Plaintiff, N.J. a minor.

C.    As used herein, "SJ" shall mean parent, Conservator, and next friend of NJ.

D.    As used herein, "Underwood" shall mean the Defendant, Cole Underwood.

E.    As used herein, "Brown" shall mean the Superintendent of PISD, Greg Brown.

F.    As used herein, "PISD Administration" shall mean any person serving in a supervisory capacity within PISD including, but not limited to, the Superintendent, Principals, Athletic Director(s), members of the PISD school board, Directors, Coordinators, and any other person acting in a supervisory capacity for PISD.

G.    As used herein, "Complaint" means any accusation, grievance, information, or other charge delivered orally or in writing to PISD about Underwood from any source.

2

016

H.      "Writing" or "written documentation" shall refer to any written material, whether handwritten, printed or otherwise, or any photograph, photostat, microfilm, or any other reproduction thereof, and including, without limitation, each note, memorandum, letter, telegram, circular, release, article, report, analysis, chart, account, book, draft, summary, diary, transcript, agreement, contract, deposit slip, check stub, bank statement, receipt, stock certificate, bond coupon, purchase and/or sale confirmation, monthly securities and/or commodities statements.

I.      "Person" shall refer to any natural person, firm, association, partnership, corporation or other form of legal business entity.

J.      "Communication" shall refer to every manner of transmitting or receiving information, opinions, messages or thoughts, orally, in writing, in person, electronically, or otherwise. "Oral communication" shall refer to any utterance heard by a person other than the speaker.

K.      "Identify" or "identification," when used with reference to a natural person, means to state their full name, residential address and their present or last known occupation, position and business affiliation, educational background and professional licenses.

"Identify" or "identification," when used in reference to a writing, means a description of that writing in a manner sufficient for a subpoena duces tecum or for production and also give its present location or custodian. If any such writing was, but no longer is, in your possession or control, state what disposition was made of it and the person responsible for carrying out such disposition.

"Identify" or "identification," when used in reference to a meeting or conference, means the date, time, and location of the meeting or conference; whether in person or by telephone; the full name and the present or last known position, business affiliation, and residential address of

3

017

each person attending the meeting or conference; description of all matters discussed and all communications made at such meeting or conference; and identify all documents that describe what occurred at, or that refer to such meeting or conference.

"Identify" or "identification," when used in reference to a telephonic communication, means to state the full name, business affiliation, and business address at the time, present or last known position and business affiliation and residential address of each party to the telephonic communication, the location of each such party at the time the telephonic communication took place, which of the parties initiated the telephonic communication, and when such telephonic communication took place.

"Identify" or "identification," when used in reference to an oral communication other than telephonic communication, means to state the date and location of such conversation; the full name and present or last known position, business affiliation and  residential address of each party to such conversation, and any other persons who were present or in a position to hear the conversation; and the substance of the communication, and to identify any documents that set forth, summarize or refer to the communication.

L.      "Describe in detail" means to set forth with specificity and particularity, every aspect of every fact, circumstance, act, omission, or course of conduct known to you relating to the subject matter of the interrogatory in question.

M.      "Possession" includes actual and constructive possession.  Any document or information that is not in your immediate physical possession but that you have a right to obtain from a third person, or which is otherwise subject to your control, is considered to be in your constructive possession.

4

N.    The terms "document" and "documents" means any printed, typewritten or handwritten matter, or any writing or other tangible thing of any kind or description, however produced or reproduced, or any type of electronically stored information that is in your actual or constructive possession, custody or control, including without limitation, accountings, affidavits, agreements, analyses, appointment books, appraisals, articles, bills, bills of sale, books, calendars, canceled checks, charts, checks, communications, comparisons, consulting agreements, contracts, correspondence,  deeds, deeds of trust, deposition transcriptions, diaries, drafts, drawings, employment agreements, expense reimbursement forms, financial statements, reports, guarantees, invoices, journals, ledgers, letters, liens, lists, lists of persons attending meetings or conferences, literature,  magazines, manuals, memoranda of telephone or personal conversations, messages, minutes or records of meetings, mortgages, newspaper articles, notes, offers, opinions, pamphlets, periodicals, photographs, promissory notes, proposals, receipts, records, recordings, statements, summaries, tax returns (for any city, county, state, or local district of any type, and for the federal government), telecopies, voice recordings, work sheets, working papers, or materials similar to any of the foregoing, however denominated by you.

O.    The terms "document" and "documents" also include every copy of every document that is not an identical reproduction of the original or that contains any handwritten words or markings, commentary, marginal comments, or whatsoever that does not appear in the original.

## INSTRUCTIONS FOR INTERROGATORIES

1.    In answering these interrogatories, provide all information within the custody, possession (as defined above), or control of you and your agents, employees, or attorneys. You must furnish all requested information that is known by, possessed by, or available to you or your

employees, attorneys, consultants, representatives or agents, or that appears in your records. Answers should not be limited to the personal knowledge of the person verifying the answers and should include all information of which knowledge is imputed to you. When a response is based on imputed knowledge or is made on information or belief, the source and basis of the information and belief or of the imputed knowledge should be identified.

2.      Each interrogatory is to be considered as having been asked individually of you, and you shall file separate answers, first giving the question, followed by your answer.

3.      These interrogatories shall be deemed continuing pursuant to Fed. R. Civ. P. 33 as to require additional answers if you acquire additional information between the time the answers are served and the time of trial. Such additional answers shall be served seasonably, but not later than thirty (30) days after such further information is received.

4.      If a claim of privilege or immunity is made as to any oral communication, document or other information requested by these interrogatories, please: (1) for each oral communication, identify the speaker, person spoken to, any other persons who were present or in a position to overhear the communication, the date and place of the communication, and the factual basis upon which any claim of privilege is rested; and (2) for all documents, identify the date, author or originator, all addressees or recipients of the document or copies thereof, type of document, its present location or custodian, its date, and the factual basis upon which the claim of privilege is rested.

5.      Wherever used herein, the singular shall be deemed to include the plural and the plural shall be deemed to include the singular and the masculine shall be deemed to include the feminine and the feminine shall be deemed to include the masculine, and the functional words "each," "every," "any," and "all" shall be deemed to include each of the other functional words.

6

6.    Interrogatories which cannot be answered in full shall be answered as completely as possible, and incomplete answers shall be accompanied by a specification of the reasons for the incompleteness of the answer, as well as by a statement of whatever knowledge, information or belief you possess with respect to each unanswered or incompletely answered interrogatory. An evasive or incomplete answer is deemed to be a failure to answer and may render you or your attorney, or both, liable for sanctions.

## INTERROGATORIES

**INTERROGATORY NO. 1:**    Identify with particularity each and every person that had access to the PISD video camera system for the 2023-2024 school year, and for each person identified include each person's position within PISD, whether each such person had the ability to delete or alter the videos captured by the system, and whether each such person accessed the system, including the dates and times each such person accessed the system.

**ANSWER:**

**INTERROGATORY NO. 2:**    Identify each and every Complaint made by any person to PISD concerning Underwood's actions toward any and all female students at PISD and for each Complaint, state the identity of the complainant, the date the Complaint was made, and the substance of each Complaint.

**ANSWER:**

**INTERROGATORY NO. 3:**    Identify with particularity the person that "reported" to Brown that the PISD camera system was used by Underwood to "secretly listen..." to Brown's telephone conversation as identified in Brown's March 4, 2024 admonition letter to Underwood (PISD 0040-0041) and include the manner in which the reporting party was aware of Underwood's "secret listening".

7

021

**ANSWER:**

**INTERROGATORY NO. 4:**    State the name, address, telephone number, and area of expertise of all experts who you propose to call as witnesses at any proceeding in this matter. For each person identified:

    a. State the subject matter on which each person is expected to testify;

    b. Provide the substance of the facts and opinions to which each expert is expected to testify and a summary of the grounds for each opinion;

    c. Provide the qualifications of the expert, including a list of all publications authored by the expert witness with the preceding ten (10) years;

    d. Identify all compensation paid or to be paid to the expert witness for the testimony; and

    e. Provide a listing of any other cases in which the expert witness has testified as an expert at trial or by deposition within the preceding ten (10) years.

**ANSWER:**

**INTERROGATORY NO. 5:**    In Brown's March 4, 2024 admonition letter to Underwood (PISD 0040-0041), Brown states "[w]e have talked several times over the course of the year regarding your relationship with female students, and particularly ███████. Describe with particularity the factual basis for Brown's claim, including identifying the following:

    a. the dates for each of the "several" communications between Brown and Underwood;

    b. the substance of each communication identified herein;

8

022

   c.  identifying each person that provided the Complaint to PISD about Underwood's conduct which initiated the communications;

   d.  identifying all witnesses who will testify about Brown's claim and a summary of their testimony; and,

   e.  identifying all documents which relate in any way to Brown's claim.

**ANSWER:**

**INTERROGATORY NO. 6:**   Identify with particularity each and every action taken or process employed by PISD or PISD Administration to monitor Underwood's actions and compliance with the March 4, 2024 written admonishment by Brown (PISD 0040-0041) to Underwood.

**ANSWER:**

**INTERROGATORY NO. 7:**   Identify with particularity the date upon which PISD first received a Complaint which related in any way to Underwood's conduct with NJ and identify the person that made the Complaint and the substance of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 8:**   Describe in detail each and every in-service or training provided to PISD teachers and PISD Administrators concerning PISD Policies DH and FFH since August 1, 2022 and include the date(s) of each such training, the person presiding over the training and a log of each person attending the training.

**ANSWER:**

**INTERROGATORY NO. 9:**   Identify all persons who have knowledge as to the facts as alleged in this matter, including their respective addresses and phone numbers, and summarize the knowledge held by each such person.

9

**ANSWER:**

**INTERROGATORY NO. 10:**    Identify with particularity each and every action taken or process employed by PISD or PISD Administration to investigate Underwood's background prior to his retention by PISD and identify each person interviewed by PISD.

**ANSWER:**

**INTERROGATORY NO. 11:**    Describe in detail the duties and responsibilities of Dacy Smith (nee "Underwood") as Director of Communications and Safety for PISD and include Dacy Smith's access credentials to the PISD video camera system.

**ANSWER:**

**INTERROGATORY NO. 12:**    Identify with particularity each and every person that had access to the ParentSquare application used by PISD for the 2023-2024 school year, and for each person identified include each person's position within PISD and whether each such person had the ability to delete or alter the communications captured by the application.

**ANSWER:**

**INTERROGATORY NO. 13:**    Identify with particularity each and every claim, lawsuit, or demand made against PISD since January 1, 2014 which relate in any way to abuse, harassment, sexual abuse or sexual conduct between a PISD employee and a PISD student and include the outcome, if any, of each such claim or lawsuit.

**ANSWER:**

**INTERROGATORY NO. 14:**    In the event you deny or otherwise refuse to admit Request for Admission No. 10 herein, explain in detail the factual basis for such denial and identify all witnesses and exhibits that will support your contention.

10

024

**INTERROGATORY NO. 15:**    Identify with particularity each and every communication between PISD and SJ concerning the "rumors and suspicions regarding [Underwood's] relationship with female students, including ▮▮▮▮▮▮▮ as referenced in the March 4, 2024 admonition letter from Brown and include the date of each communication and the substance of each communication.

**ANSWER:**

**INTERROGATORY NO. 16:**    Describe in detail any and all investigations performed by PISD concerning Underwood and include a description of the actions taken in the investigations, the person(s) interviewed, the person(s) conducting the investigation and the date(s) of each investigation.

**ANSWER:**

**INTERROGATORY NO. 17:**    Describe in detail each and every in-service or training provided to PISD teachers and PISD Administrators since August 1, 2022 concerning Title IX and PISD's obligation to address sex discrimination and include the date(s) of each such training, the person presiding over the training, and a log of each person attending the training.

**ANSWER:**

**INTERROGATORY NO. 18:**    Describe in detail PISD's Title IX complaint process and procedures, including any and all grievance procedures for sex discrimination complaints, and identify the Title IX coordinator(s), investigators, decisionmakers, and facilitators that are responsible for Title IX complaints.

**ANSWER:**

11

025

**INTERROGATORY NO. 19:** In the event you deny or otherwise refuse to admit Request for Admission No. 5 herein, explain in detail the factual basis for such denial and identify all witnesses and exhibits that will support your contention.

**ANSWER:**

**INTERROGATORY NO. 20:** In the event you deny or otherwise refuse to admit Request for Admission No. 7 herein, explain in detail the factual basis for such denial and identify all witnesses and exhibits that will support your contention forming.

**ANSWER:**

**INTERROGATORY NO. 21:** In the event you deny or otherwise refuse to admit Request for Admission No. 9 herein, explain in detail the factual basis for such denial and identify all witnesses and exhibits that will support your contention.

**ANSWER:**

**INTERROGATORY NO. 22:** In the event you deny or otherwise refuse to admit Request for Admission No. 12 herein, explain in detail the factual basis for such denial and identify all witnesses and exhibits that will support your contention.

**ANSWER:**

**INTERROGATORY NO. 23:** In the event you deny or otherwise refuse to admit Request for Admission No. 26 herein, explain in detail the factual basis for such denial and identify all witnesses and exhibits that will support your contention.

**ANSWER:**

**INTERROGATORY NO. 24:** In the event you deny or otherwise refuse to admit Request for Admission No. 22 herein, explain in detail the factual basis for such denial and identify all witnesses and exhibits that will support your contention.

12

026

**INTERROGATORY NO. 25:**    In the event you deny or otherwise refuse to admit Request for Admission No. 13 herein, explain in detail the factual basis for such denial and identify all witnesses and exhibits that will support your contention.

**ANSWER:**

## INSTRUCTIONS FOR REQUESTS FOR PRODUCTION OF DOCUMENTS

If a document has been prepared and several copies or additional copies have been made that are non-identical (or are no longer identical by reason of any subsequent additions or notations or other modifications of such a copy) each non-identical copy is to be construed as a separate "document."

Whenever a document over which you have any present or future right to custody or control cannot be produced because it is in the possession of any other person, you must separately identify each such document by indicating the date of each document, its subject matter, to whom it was sent, who originated the document and the name and address of the person currently in possession of the document.

Should you refuse to produce any document because of an alleged claim of any privilege or for any other reason or objection, you must state the date of such document, its author, to whom it is addressed, the subject matter of the document, the privilege, the objection or reason why such document is not being produced and a summary of the contents of the document. Moreover, at such time and place as the documents are to be produced, you are to indicate on whose behalf any such privilege, objection or reason for non-production is being made or asserted.

13

027

You are to produce not only those documents which are in your possession, custody or control, but you are to produce all documents which are in the possession, custody or control of any attorney, agent, affiliate, employee, or representative of you, as well as in the possession of any computer service company, accountant or bookkeeper employed by you. No demand herein is an explicit or implicit restriction on any other demand or demands herein.

The documents and items requested herein are to be produced within thirty (30) days from the date of service pursuant to FED. R. CIV. P. 34, to the following address:

> GOODWIN LEWIS, PLLC
> Attn: Tyler L. Gentry
> 420 NW 6th, Second Floor
> Oklahoma City, OK  73102

The produced documents should be segregated according to each particular request, pursuant to Fed. R. Civ. P. 34.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**  Produce a complete copy of each and every document identified, reviewed and/or otherwise relied upon for purposes of providing your answers to the foregoing interrogatories.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 2:**  Produce a complete copy of any and all notes, ledgers, diaries, memoranda, correspondence, written or recorded statements, or other documents, in your possession, which are related in any way to the sexual assault of NJ.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 3:**  Produce any and all exhibits you anticipate you will use at any deposition, hearing, proceeding or trial in this matter.

14

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 4:** Produce a copy of all non-privileged communications between PISD Administration and the PISD school board relating in any way to Underwood after June 1, 2022.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 5:** Produce any and all materials prepared by any and all expert witnesses retained by you in anticipation of the hearing on the merits of this matter, including, but not limited to reports, documents, notes, literature, summaries, charts, graphs, video tapes, audio tapes, compact disks (CDs) or digital video disks (DVDs).

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 6:** Produce a complete copy of all documents which relate in any way to PISD's background review of Underwood prior to his retention by PISD.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 7:** Produce a complete copy of all non-privileged communications between PISD and Amarillo Independent School District which refer in any way to Underwood.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 8:** Produce a complete copy of any and all communications between Underwood and PISD since September 1, 2022.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 9:** Produce a complete copy of any and all written, recorded, and/or signed statements or interviews of any person, including the Plaintiff,

15

029

Defendants, witnesses, or any agent, representative or employee of the parties, concerning the subject matter of this action.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 10:** Produce a complete copy of any and all written communications between Underwood and NJ.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 11:** Produce a complete copy of any and all documents and/or information which was provided to any law enforcement branch by PISD which was related in any way to Underwood.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 12:** Produce a complete copy of any and all communications between PISD and SJ which relate in any way to Underwood.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 13:** Produce a complete copy of any and all Complaints received by PISD relating in any way to Underwood.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 14:** Produce a copy of any and all logs, registers and/or digital data that would tend to show the identity of each person that logged into the PISD video camera system from December 1, 2023 to April 24, 2024.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 15:** Produce a copy of any and all documents associated with PISD's investigation(s) into Underwood.

**ANSWER:**

16

**REQUEST FOR PRODUCTION NO. 16:** Produce a complete copy of any and all documents, including without limitation, all physical, documentary, electronic and photographic evidence, related to your claims or defenses in this action.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 17:** Produce a complete copy of any and all documents or other evidentiary materials relied upon, or that may be relied upon, by any expert or lay witness in rendering their opinions that you expect to call as a witness at trial.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 18:** Produce a current Curriculum Vitae for any expert you intend to call as a witness at trial.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 19:** For each request for admission of fact below to which you have not responded with an unqualified admission, produce all documents or other information on which your denial or other response is based.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 20:** Produce a copy of all videos related to the subject matter of this lawsuit.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 21:** Produce all documents and/or communications which relate in any way to PISD's report(s) to law enforcement concerning Underwood's actions.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 22:** Produce any and all records or documents which tend to show that PISD conducted in-service or training of PISD teachers since August 1, 2022.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 23:** Produce any and all records or documents which tend to show that PISD conducted in-service or training of PISD Administrators since August 1, 2022.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 24:** Produce any and all records or documents which tend to show that PISD conducted in-service or training concerning PISD policies DH and/or FFH since January 1, 2021.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 25:** Produce a complete copy of any and all communications between Underwood and Greg Brown since September 1, 2022.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 26:** Produce a complete copy of any and all Complaints received by PISD concerning Underwood.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 27:** Produce a complete copy of Underwood's personnel file at PISD.

**ANSWER:**

18

032

**REQUEST FOR PRODUCTION NO. 28:** Produce any and all records or documents which tend to show that PISD conducted in-service or training for teachers or PISD Administrators concerning Title IX policies and requirements since January 1, 2021.

**ANSWER:**

## INSTRUCTIONS FOR REQUESTS FOR ADMISSIONS

The admissions requested here are to be answered within thirty (30) days from the date of service pursuant to Fed. R. Civ. P. 36. **IF NO OBJECTIONS OR ANSWERS ARE FILED WITHIN THE APPLICABLE PERIOD, THE REQUESTS ARE DEEMED ADMITTED AS A MATTER OF LAW, WITHOUT A HEARING OF THE COURT.** Any and all denials made by Defendant must be specific and must fairly meet the substance of the requested admission, pursuant to Fed. R. Civ. P. 36. When only a part of a request is denied, or when a request cannot be answered without a qualified denial, you should admit so much of the request as is true and qualify or deny the remainder.

You cannot refuse to admit or deny on the ground that you lack sufficient information or knowledge to admit or deny the request unless: 1) you have made a reasonable inquiry, and; 2) the information known or easily obtained by the party is insufficient to enable you to admit or deny the request. If you refuse or otherwise fail to respond, the requesting party is entitled to costs and attorney fees for later proving the denied request and the award of costs and attorney fees in such situation is mandatory.

19

033

## REQUESTS FOR ADMISSION:

**REQUEST FOR ADMISSION NO. 1:**     Admit that Underwood contacted NJ on his personal mobile telephone in violation of PISD Policies and Procedures.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 2:**     Admit that Brown was more concerned about the status of PISD's football team than the health and mental condition of NJ after Underwood's arrest.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 3:**     Admit that Underwood routinely contacted NJ after school hours via mobile telephone.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 4:**     Admit that Underwood sexually abused NJ on multiple occasions.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 5:**     Admit that each sexual abuse encounter by Underwood against NJ occurred on PISD grounds.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 6:**     Admit that the PISD video camera system captured multiple instances of NJ entering Underwood's office by herself.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 7:**     Admit that a female PISD student was admonished and/or punished by a PISD Administrator for referring to Underwood as a "pedophile" in September 2023.

20

034

**ANSWER:**

**REQUEST FOR ADMISSION NO. 8:**    Admit that Underwood was regularly observed alone with female students in his office, including but not limited to NJ.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 9:**    Admit that a Gruver administrator reported Underwoods inappropriate behavior toward NJ on or about March 21, 2024 to PISD principals Tori Little and Sandy Wheeler.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 10:**    Admit that PISD principals Tori Little and Sandy Wheeler reported to the Gruver administrator in March 2024 that an investigation of Underwood was being conducted by PISD.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 11:**    Admit that PISD investigated Underwood's inappropriate relationship with NJ and/or other female PISD students prior to April 20, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 12:**    Admit that Underwood retaliated against PISD football players for Complaints made against Underwood's actions to female PISD students.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 13:**    Admit that the sexual abuse of NJ continued for more than six (6) weeks **AFTER** Brown's March 4, 2024 admonition letter to Underwood.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 14:**    Admit that PISD took no action to enforce the requirements set forth in Brown's March 4, 2024 admonition letter to Underwood.

21

035

**ANSWER:**

**REQUEST FOR ADMISSION NO. 15:**    Admit that PISD did not notify SJ about any potential inappropriate relationship between Underwood and NJ prior to April 22, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 16:**    Admit that Underwood was awarded an extension to his contract with PISD on the same day that Underwood received Brown's March 4, 2024 admonition letter.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 17:**    Admit that Underwood was given a raise for the following school year on the same day that Underwood received Brown's March 4, 2024 admonition letter.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 18:**    Admit that PISD's video camera system captured NJ walking through a dark locker room on multiple occasions to reach Underwood's office.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 19:**    Admit that PISD had possession of video evidence of NJ entering Underwood's office alone after March 4, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 20:**    Admit that PISD had possession of video evidence of NJ entering Underwood's office alone before March 4, 2024.

**ANSWER:**

22

036

**REQUEST FOR ADMISSION NO. 21:**    Admit that NJ was the subject of chants at an away basketball game on November 15, 2024, where the opposing student section chanted "Underwood" at her during play.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 22:**    Admit that at least one member of the PISD school board communicated to Underwood to end his relationship with NJ prior to Underwood's arrest.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 23:**    Admit that t least one member of the PISD school board was aware of Complaints against Underwood concerning inappropriate relationships with female PISD students in February 2024.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 24:**    Admit that Underwood was referred to as "Perv" while employed by Amarillo ISD.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 25:**    Admit that Underwood set the policies for PISD athletics as the PISD Athletic Director.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 26:**    Admit that PISD Policies DH and FFH were violated by Underwood while he was employed by PISD as its Athletic Director.

**ANSWER:**

23

037

**REQUEST FOR ADMISSION NO. 27:**    Admit that PISD athletic policies were violated by Underwood traveling home with NJ from a track meet.

**ANSWER:**

Respectfully submitted,

/s/ *Kyle Goodwin*
Tyler L. Gentry, OBA No. 32400
Kyle Goodwin, OBA No. 17036 and
SBN 24117975
GOODWIN LEWIS, PLLC
420 NW 6th St., 2nd FL
Oklahoma City, OK 73102
P: (405) 900-5700
tgentry@goodwinlewis.com
kgoodwin@goodwinlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties of record, as shown on the first page of this document, via regular and electronic mail on the 21st day of November 2024.

/s/ *Kyle Goodwin*
Kyle Goodwin

24

038

# Exhibit 7

| | |
|---|---|
| **From:** | Greg Brown <gbrown@perrytonisd.com> |
| **Sent:** | Wednesday, 4 Dec 2024 |
| **To:** | Stacey Tanner <sttanner@perrytonisd.com> |
| **Subject:** | Documents Collection |
| **Attachments:** | |

As you remember, we received a "save the evidence" letter from a group of attorneys who have filed a lawsuit against Perryton ISD. We have received a discovery request from them and so the time has come for us to begin to collect all of the documents, photos, screenshots, text conversations, etc.… That pertains to the lawsuit.

We have created a private folder for you in order to collect the documentation. Below, you will see a link to that folder. Please begin to copy all the documentation that you have that applies to Cole Underwood and ███████████ into the folder. Please upload everything that you have, even if you wonder if it's relevant. Our attorneys will be going through it before it becomes a part of the lawsuit and it could be a problem for us if we find out later that evidence exists that we didn't have when we collected. So, please upload everything.

Download documents here

We need to have everything uploaded into the folder by next Thursday, December 12. We are under a deadline to have everything ready, so please don't delay in getting your documentation submitted.

This is not a pleasant process to go through and I'm sorry that it is taking extra time. But I'm grateful to each of you for your commitment and dedication to our kids and our school. And let's continue to remember that these were the actions of one corrupt individual, and they do not speak to the quality and integrity of who we are as the people of Perryton ISD.

If you have any questions, please don't hesitate to email or call me. Many thanks to you.

Greg

--

PISD 15530

040

041

# Exhibit 8

# DOCUMENTS RESPONSIVE TO PLAINTIFF'S RFP NO. 4

042

**7:57**

**New Message**    Cancel

To: **Cole Underwood**

> I got a text, and because I knew what it was, I downloaded the app finished the account and confirmed all my information.

Sweet. I'm going to have to explain that in the team app. Kiddos will login to the app using google and their school account right?

Text Message

> Yes. That will work. They can click on the link in the notification and follow the instructions.

iMessage

Perfect

Sun, Dec 3 at 4:48 PM

Has Greg ever asked you or mentioned to you coaches using Snapchat to communicate with teams?

Text Message

043

**7:57**

**New Message**   Cancel

To: **Cole Underwood**

Earlier this semester I met with him to discuss this and he doesn't want it used so I tried my damndest not to use it. It's just the only thing kids check consistently. So since then I've basically unadded every kid I had, etc. that's why I'm about to push the hell out of parent square. I just think it's so stupid.

He's never said anything to me about it.  I think we have to meet the kids where they are, and if there's an issue, there's always a way to find posts.  God knows we find that out all the time! I also know they're going to have a fb chat with or without you, and as a parent, I'd rather ███ be in a group with you and the team than in one without you.

Well I agree, 110%. But it's definitely frustrating. So I'm moving everything to PS and gonna use it from here on out.

Text Message

044

**7:57**

**New Message**          Cancel

To: **Cole Underwood**

He's never said anything to me about it. I think we have to meet the kids where they are, and if there's an issue, there's always a way to find posts. God knows we find that out all the time! I also know they're going to have a fb chat with or without you, and as a parent, I'd rather Cash be in a group with you and the team than in one without you.

Well I agree, 110%. But it's definitely frustrating. So I'm moving everything to PS and gonna use it from here on out.

I think it will be good for us all to use the same platform. It's less confusing for parents.

I do agree with that, but getting kids to actually use something like this is going to be like pulling teeth.

Wed, Dec 6 at 8:05 PM

+    Text Message

045

8:02

**New Message**          <u>Cancel</u>

To: **Cole Underwood**

> Holler at me when you get a chance.  I'm sure you've already been informed, but we need to talk.

> Happy New Year!

> DO NOT take this personally.  You didn't fail.  Free Will is a b****.  This is one of the hardest parts of leadership.  He knows there are consequences, and he made that choice.  Please don't blame yourself.

I'm just not in a great headspace right now, anyways... this definitely doesn't help, at all.

> So is what I heard a your coach's meeting true? I assumed it was a mix up and was about Spencer.

Yeah, it's true. I was gonna meet with the admin I work with Wednesday but I'll just tell you...

+    Text Message

046

**8:02**

**New Message**        **Cancel**

To: **Cole Underwood**

Yeah, it's true. I was gonna meet with the admin I work with Wednesday but I'll just tell you... Dacey and I are the very best friends and we love each other. Just really not in love. It's such a strange thing. But we are going to stay close. She's gonna live here in the house till she's comfortable on her own. Neither of us are mad or spiteful, just where we are at. It's very hard. But we are on the same page about a lot of things so we are handling it pretty good.

How'd you hear about my coaches meeting lol

I'll give you three guesses and the first two don't count. 🤣 I'm so sorry. I love you both, and I'm here for support. Being married is not always easy. I've been there. Sometimes it's just not right, but when it is, you'll know. Colby and I were both married before, and we were extremely blessed to find each other later

+ Text Message 🎤

047

**8:02**

**New Message**          <u>Cancel</u>

To: **Cole Underwood**

**How'd you hear about my coaches meeting lol**

I'll give you three guesses and the first two don't count. 🤣 I'm so sorry. I love you both, and I'm here for support. Being married is not always easy. I've been there. Sometimes it's just not right, but when it is, you'll know. Colby and I were both married before, and we were extremely blessed to find each other later when we were ready. You are so young and have a lot of life still to live. I could go on and on, but just know that I'm here for you. No judgement and no questions. Just hear if you need an ear.

**I will definitely need an ear a lot I'm a sure. So thank you for that.**

**Did Toby seriously tell you?**

Nope, your guess was wrong!

**Clara.**

+   Text Message   🎤

048

8:03

**New Message**    Cancel

To: **Cole Underwood**

God dang it.

Of course.

I don't always believe the Gordon's gossip, so I didn't really believe it. Like I said, I thought it was about Spencer.

I know. But the shitty thing is, no one is gonna get the parts that her and I are good. There's no BIG BAD like an affair or money issues, it just wasn't working. We love each other as best friends and that's all there is.

That is the worst part. People always look for the ugly. Sometimes we just have to let them.

Yes ma'am. For sure.

Mon, Jan 1 at 1:03 PM

Thanks!

Text Message

049

**New Message**                  **Cancel**

To: **Cole Underwood**

> Did your parents leave satisfied?

I felt like yes. Estradas. Pissed I addressed the team about shit being said about me and ███ Johnson.

Had the audacity to say "I shouldn't have given the boys a reason to joke about it."

> Seriously?!? Wow.  I find that ridiculous.

They left singing a different tune.

> Good, but to think they get to call you out on a Saturday is pretty pompous in my opinion.

110%.

Mon, Jan 8 at 2:17 PM

Call you back in a second. Talking to coaches.

Mon, Jan 8 at 5:46 PM

+  Text Message

050

8:48

**New Message**    Cancel

To: **Cole Underwood**

> I would never want to be a superintendent because he has to keep everybody happy. He has called me a couple of times to tell me there were questions about the way I'm doing things. The first day of school I got a call because we have assigned seats at lunch. 🙄🙄He has to have good answers when they ask, so it is a good thing you had already talked to him.

I guess that's true. And Daugherty called him yesterday and told him he wanted to be a voice to squash rumors.

> I love that guy. He's absolutely no nonsense.

He said "I'd like to address some of the rumors I'm hearing and give you my thoughts." Told Greg he has asked me to be at practices and to ride the bus with them to games. Told Greg he's around me and the girls all the

Text Message

051

8:48

**New Message**     <u>Cancel</u>

To: **Cole Underwood**

no nonsense.

He said "I'd like to address some of the rumors I'm hearing and give you my thoughts." Told Greg he has asked me to be at practices and to ride the bus with them to games. Told Greg he's around me and the girls all the time and never felt anything was inappropriate and if he did he would've already addressed it. Greg did ask him if he felt like I was giving "any of the girls preferential or excessive attention" and Daugherty told him hell no.

Like I said, it's only there to the people who are looking for it.  He has to ask the questions, so when he's faced with defending you there's no doubt.

That's true, I guess. Just annoying it has to be that way. 🙄

Agree

+     Text Message

052

8:48

**New Message**          **Cancel**

To: **Cole Underwood**

would've already addressed it.
Greg did ask him if he felt like I
was giving "any of the girls
preferential or excessive
attention" and Daugherty told
him hell no.

Like I said, it's only there to the
people who are looking for it.  He
has to ask the questions, so when
he's faced with defending you
there's no doubt.

That's true, I guess. Just
annoying it has to be that way. 🙄

Agree

That's for always being here.
Sorry it was late tonight. Didn't
even realize. 😬

No worries.  I'm a night owl.

Me. Too. Blessing and curse.

Amen

+    Text Message    🎤

**8:50**

**New Message**   **Cancel**

To: **Cole Underwood**

Tue, Jan 16 at 9:56 AM

> Let me know if I come up in the admin meeting today lol
>
> Tori called me in this morning. Nothing that I'm in trouble or anything, but she told me "I have serious concerns ▮▮▮▮ has developed a huge crush on you and with that an emotional attachment." 🙄
>
> Like shit I went to dinner with her dad this weekend. You don't know anything. 😂

Good grief.

> They can't just let the rumors die and defend me.

She's usually at least a week behind on her everything, so she really may have just heard about it. 🙄 ▮▮▮▮ had to straighten out a kid last week.  We've got your back.

Text Message  🎤

054



**New Message**          Cancel

To: **Cole Underwood**

True.

Who did ████ get after

He told him that his understanding was that she was having a hard time at home and needed someone to talk to that she trusted.

Good. I wonder what ████ said that sent him off. ████ should know better. He dated the older sister.

████ said kids are dumb. Lol

Very.

████ did say he and ██ were texting after the Randall games, so I'm glad he's trying to be there for her.

Atta boy, ████. 🤠

+ Text Message 🎤

055

**8:50**

**New Message**    <u>Cancel</u>

To: **Cole Underwood**

Tue, Jan 16 at 11:36 AM

He won't have a girlfriend, though. You have to go to their stuff.



Tue, Jan 16 at 1:26 PM

Was anything said during admin meeting?

Nope

Good. I'm surprised Tori isn't saying shit. Honestly.

She's usually pretty tight lipped about hs dirty laundry.

That's true. I know Greg wouldn't say anything.

No, he's supportive.

+    Text Message

056

**8:51**

## New Message

Cancel

To: **Cole Underwood**

Was anything said during admin meeting?

Nope

Good. I'm surprised Tori isn't saying shit. Honestly.

She's usually pretty tight lipped about hs dirty laundry.

That's true. I know Greg wouldn't say anything.

No, he's supportive.

Yes ma'am. He called me and was very kind about all of it yesterday. Told me he had heard ███ /dad and I had lunch Sunday and he thinks "that's great for the public image."

Perception is my word of the day, and I hate it because people let it trump truth.

Wed, Jan 17 at 8:05 AM

Text Message

057

8:53

**New Message**                    <u>Cancel</u>

To: **Cole Underwood**



I saw on Facebook lol

<mark>Fri, Jan 19 at 8:37 PM</mark>

Any reason why Toby and Lingo both gave me side eye at the game? Or just the consensus that I'm an asshole?

No earthly idea... prolly because they're both judgy as hell

Facts

I don't trust lingo— at all.

Absolutely not

He texted Kami, instead of coming to me, when he got calls about ▮▮▮▮ and I.

＋    Text Message    🎤

058



9:09

**New Message**　　　**Cancel**

To: **Cole Underwood**

> Another reason we like having you around! 🙂

I hope so! I'm nervous as shit for next week.

> He would have told you by now, but I'm not gonna lie. I'm scared too. Greg told me he's going to put me back on a two year, but I'm still nervous.

I just hope the board isn't going to let my personal life issues and the rumors that came with it sway their vote.

> Me too. Surely everything has blown over by now. Seems Spencer's latest outing at the mall with Molina gave everyone something else to talk about.

I didn't know that had happened again.

> It didn't but that's last hs drama I heard about. Of course ▮▮▮ has

+ 　Text Message　　　

059

**9:09**

**New Message**          Cancel

To: **Cole Underwood**

again.

It didn't but that's last hs drama I heard about.  Of course ███ has been out for a week and he only talks to a few people.

Good. I know all the shit calmed down about me, but everything they could've heard had been out there.

Wed, Feb 21 at 9:55 AM

How you feeling?

Vertical

Pretty high on DayQuil, so if you need anything, today is the day to ask. 🤣

Hahaha. Just checking on ya, friend.

Thu, Feb 22 at 8:56 AM

Do y'all have admin this morning?



\+    Text Message                          🎤

060

9:11

**New Message**    Cancel

To: **Cole Underwood**

> wanted, and it just doesn't work that way anymore.

That's stupid as hell.

You need to talk to Jesus too. He told me flat out he wants to move to HS

> Recently?

Yes ma'am.

> Last time I asked him he denied it. Do I just have a face that says " Lie to me.  I like it."?

No ma'am. I try very hard to be blatantly truthful with you.

> Thx 😊

Even if it pisses you off 😂😂

> 🤣I don't stay mad long.

Fri, Feb 23 at 7:29 PM

+    Text Message    🎤

061

9:17

**New Message**     Cancel

To: **Cole Underwood**

Sat, Mar 2 at 12:48 PM

Derya Walsh talking mad shit on me at the bar last night I guess.

She's trash.  What the hell business does she have talking about you?

Her kids aren't even in athletics.

Hates me because ▮▮▮▮ isn't in athletics anymore. Went as far as to say if he was a girl him skipping athletics wouldn't be a problem.

Brought up this whole story about me being at a track meet flirting with ▮▮▮▮▮... interestingly enough she said "he had one pant leg rolled up weird on his sweats"... who does that sound like?

She's an idiot.  Spencer is also an idiot.  Maybe when Molina's done with him we should introduce them. ▮▮▮▮ is trouble and has

+     Text Message

062

9:17

**New Message**                    **Cancel**

To: **Cole Underwood**

I really don't get it. Told these people I'm under investigation by our school board. Lol I just got renewed 6-0.

I'm telling you, she's trash and not the smartest. I worry about the little kid all the time, but I'll be glad when he's not on my campus anymore.

Did Bryce email you congratulations?

I know. I just don't like my name being ran all over the place. It seems so stupid to me when all I am doing is my very best to build a culture here.

No, he just texted me. But that's very nice of him!

He sent me a really nice email, but Courtney didn't get one. Just curious. Just shake it off. People don't take her seriously. She used to give bjs to high school boys who worked at the pool

Text Message



063

9:18

**New Message**    Cancel

To: **Cole Underwood**

curious. Just shake it off. People don't take her seriously. She used to give bjs to high school boys who worked at the pool. Spencer probably knows her from those days.

I'm offended she has me and dutcher mixed up. I'd never wear my fucking pants like that.

See if you can get it, if you can. Just for me to laugh at. If you ask anyone who wears their stuff like that, they will tell you Dutch.

I will try and get it.



From football season.

I'm in the grey vest. Both pant legs down lol

Yep that's how it was same leg and everything. lol 😂

Yeah, so the video isn't even me in it.

I'll see if I can get it. It's all just so much bs. I hate it for you it's like everyone is after you and is just waiting for you to fuck up. This damn town if I could I would be gone so

Text Message

064

9:18

**New Message**                    Cancel

To: **Cole Underwood**

> So supposedly there's video of him flirting with ████ I HATE it for her. You're an adult. She's just a kid. People need to fucking lay off.

"That you were standing over her and flirting with her and that something was said about your calf's were sexy and that's why you had your sweats rolled up over them. And that there is video of all this. They showed me like a 5 second snap and you were standing behind ████ while she was laying on the ground swinging a whistle. That was all that I was sent as video evidence."
That's one text

And here's the next
"And also this is coming from ████████ gf that lives in dalhart that there has to be a relationship between yall because of her being a freshman on varsity basketball and track and her being injured and getting to go to

+    Text Message

RSO 00048

065

9:18

**New Message** **Cancel**

To: **Cole Underwood**

that I was sent as video evidence."
That's one text

And here's the next
"And also this is coming from ████████ gf that lives in dalhart that there has to be a relationship between yall because of her being a freshman on varsity basketball and track and her being injured and getting to go to track meets."

████ is was injured and still went to athletics. What's different?

We always take injured athletes. Everywhere. They're part of the TEAM.

As it should be. She's probably just sad the hs boys don't flirt with her anymore.

No doubt. 😬

Sat, Mar 2 at 5:02 PM

+ Text Message 🎤

066

9:19

**New Message**                    **Cancel**

To: **Cole Underwood**

I'm thinking at this point if people keep dragging me, if spearman calls it may be a better fit for me. I'm not even kidding. All I've done is pour my heart into this thing and people continue to want to fuck me over.

You can't count Darya Walsh as someone who chases you off. I mean it.

You're worth ten thousand of her and anyone who believes anything she says.

Well thank you, but this shit is just unreal, Wheeler.

I know. I'm sorry.

I'm just gonna keep doing what I do. If it's not good enough, they can buy me out and I'll head west lol

I'm going to start calling you Gist lol

+    Text Message

067

**9:20**

**New Message**                    **Cancel**

To: **Cole Underwood**

I know. Why do you say that, though?

CST
**To:** Rhyan Daugherty
<rdaugherty@perrytonisd.com>
**Subject: 3/1**

@ Varsity Track Meet in Canyon

From Coach Kami Appelhans -
5:00 ish - Coach Cole Underwood
came up to Kami and said to tell
Coach Zoe Salazar not to wear biker
shorts anymore and walked away
(taking ███████████ home with
him in his personal vehicle) - there
was a text from ████████████ -
█████████ dad - asking to allow it
so that she could go watch her step-
sister play basketball.

5:20 ish - Coach Spencer Dutcher
told Kami that he told Cole that he
saw guys checking Coach Salazar
out. He went further and made a

Stewart literally just sent an email
to combat that.

Why doesn't Tessa tell me these
things??

10:32

+        Text Message

068

**9:20**

## New Message                    Cancel

To: **Cole Underwood**

things??



10:32



I am reaching out because I am concerned that there is going to be some more people trying to spread lies and rumors of an inappropriate relationship because Coach Underwood brought ███████ ome early from the track meet last week. I gave Mr. Underwood permission to bring her back to town so she could make it to watch her step sisters basketball game. I am sick and tired of hearing that there is something going on between my daughter and Mr. Underwood! Cole is a friend to me and did me a favor. I wholeheartedly trust in my daughter and Mr. Underwood, I just wanted to let everyone know and aware of the BS and squash it before it becomes a problem. I think coach Underwood is doing a hell of a job and he is the AD that Perryton has needed for years. He has helped my daughter so much and I can't thank him enough for that!

Sent from my iPhone



Fuck no wonder I have felt like I'm being watched today. Who all was that sent to?

Just from Tessa to Rhyan and she sent it to me.

Why does she report to him?



+   Text Message

069

**9:20**

**New Message**    Cancel

To: **Cole Underwood**



problem. I think coach Underwood is doing a hell of a job and he is the AD that Perryton has needed for years. He has helped my daughter so much and I can't thank him enough for that!

Sent from my iPhone

↩ Reply    ↩ Reply all    ↪ Forward

Fuck no wonder I have felt like I'm being watched today. Who all was that sent to?

> Just from Tessa to Rhyan and she sent it to me.

Why does she report to him?

> I guess because she's the girls coordinator at junior high.

Frustrating. Feel like that's trying to throw me under the bus. Just my opinion.

Glad stewart sent that email, I guess.

+    Text Message    🎤

070

9:25

**New Message**                    Cancel

To: **Cole Underwood**

I'm just so tired of feeling like there's a target on my back, like seriously.

> I get it.  If anyone understands that feeling, it's me.  I lived with it from October until last week. You got the 6-0.  That's all that matters.  I know it doesn't feel that way, but you've got so many kids who need you coming your way. You're also the first AD in history to hang on to Daugherty for two years in a row.  That's saying something.

I guess, I just don't understand.

> Because you're not an asshole.

Be honest with me here, did I fuck up by letting ███ ride home with me?
Stewart called me Friday morning and asked me. I told him that was 110% his call.

Am I about to get fucked over by

Text Message

071

**9:25**

**New Message**     **Cancel**

To: **Cole Underwood**

Am I about to get fucked over by that?

She slept the whole fucking way home.



You're not getting fired over it.  I do think that Stewart put you in a bad position.  It just gives people who are looking for something

Text Message

072

9:26

**New Message**          Cancel

To: **Cole Underwood**

> You're not getting fired over it. I do think that Stewart put you in a bad position. It just gives people who are looking for something more to talk about, but he's aware. You told him. It's really no one else's business. Kami's an ass for even addressing it when she knew the whole situation.

I feel like I'm about to be in big trouble for some reason. And I didn't do anything wrong.

> The only thing I can think of would be that it was in your personal vehicle.

I guess. I don't even know.

> You're fine. You had written permission from a parent who also addressed Greg and Tori. You even addressed it with him. He made the request knowing you had concerns. It's not on you.

Text Message

073

**9:26**

**New Message** Cancel

To: **Cole Underwood**

> Okay, I hope so.

> Thank you for calming me down.

>> That's what I'm here for.  We all need someone.

> I hope I can be that for you too.

>> I'll never let you see me ugly cray, but okay.

> Hahaha fair enough.

>> Cry

> I knew what you meant.

>> I forgot you already did at the dumb "read a letter to your kid" day.

> I don't count that one. Sentimental crying doesn't count.

> I'm in trouble.

Text Message

074



**Greg just text me and told me I have to meet with him.**

I'm out of my session.  Do you want to talk?

**Yes. Give me a minute.**

**I'm going to make myself sick.**



075

**9:27**

**New Message**    **Cancel**

To: **Cole Underwood**

> Call when you need to.  Jenkins is out smoking.

> You didn't do anything wrong.

Well the leave papers aren't on the table where he usually leaves them if it's that type of meeting lol but who knows. He's not in here yet.

I'm really not calm. At all.

My stomach is in knots.

> Dogs and bees can smell fear

> Is that reference too old for you?

I think so because I don't know what it is.

> Jerry McGuire you make me feel old.

I do love that movie. Just can't quote it.

Text Message

9:27

**New Message**    <u>Cancel</u>

To: **Cole Underwood**

Mon, Mar 4 at 4:37 PM

Someone also told him about me eavesdropping on that call with Wes Beal way back when using the cameras. I was very honest. Didn't lie.

So he took my camera access. No idea if and when I will get it back.

Seriously?!? Who would tell him about that and why?

Who did you tell besides me?

No idea. I'll send you my directives.

Bryce Hale. That's it. Because I wanted to know if the board had talked about it.

By the way, both times I drove her, I had stews permission. Had to prove that too.

 Text Message

077

9:27

**New Message**                    **Cancel**

To: **Cole Underwood**

I hate that this had to happen, but it's like I told you, he's trying to protect you and the district too.

For sure. I'm shocked he didn't write me up. Truthfully.

And now if Stew asks, you can say no and not feel bad.

Yep. That's what I told him. He called me and told me ████ is devastated. Thinks she did something to get me in trouble.

I think he didn't write you up because he knows you didn't do anything inappropriate.

Maybe she needs to spend more time with ████. Lol

Hahaha she definitely should 😂

If you have time would you go have a talk with Gio Gallegos tomorrow?  He's living it up while we're gone, and Andy asked for someone to come get him from

+    Text Message                    🎤

078

9:29

**New Message**          Cancel

To: **Cole Underwood**

Sat, Mar 9 at 4:55PM





Holly sent this to Stewart today. There's nothing that can be done if she calls because it's already been handled, right?

She's psycho.

Like I've already gotten disciplined for it.

🙄 Greg will tell her it's already been addressed. Good grief.

Good. I sure hope so.

THANK GOD ITS SPRING BREAK.
😂🤣

+ Text Message

079

**9:30**

**New Message**    Cancel

To: **Cole Underwood**

No kidding.  It's time for everyone to get some space, and maybe some of this will die down.

I agree. 110%.

Sun, Mar 10 at 4:26 PM

█████ said you tried to run over him the other day and didn't even crack a smile.

What in the world? When? Lol

I guess Daugherty was with you and laughed and waved, but you were all business.

Oh... it was Thursday afternoon at track meet...

We haven't told anyone other than family, and I know you won't tell anyone, but Dacey and I had court Thursday afternoon and finalized everything. Don't say anything to her, please she begged me not to tell anyone. I

+    Text Message

**9:30**

**New Message**                    **Cancel**

To: **Cole Underwood**

Oh... it was Thursday afternoon at track meet...

We haven't told anyone other than family, and I know you won't tell anyone, but Dacey and I had court Thursday afternoon and finalized everything. Don't say anything to her, please she begged me not to tell anyone. I was just in a funk that day.

Oh God. I'm so sorry. That's the worst. I remember that feeling. It's miserable. I hate it for both of you.
You have to remember ██████ is an only child, so he takes everything personally. It's his mom's fault.
Lol

Hahahaha, it is totally okay. We are both okay and doing well with the new situation so far.

But yes, I prolly was in a dazed state

Text Message

081

9:31

**New Message**    Cancel

To: **Cole Underwood**

Maybe so. I don't know.

Most of the time I've found that if a superintendent doesn't hear anything about you or from you they are happier. That's where Read came up with "It's all good at Williams."

Fair enough. Just figured maybe that text would be a good gesture.

He also might be an early to sleep person and hasn't seen it yet. Not everyone can run on caffeine and anxiety like we do.

Hahaha also valid.

Sorry to bug you in Vegas... you're just my work go-to for advice lol



tiktok.com

+    Text Message

082

9:31

**New Message**                    **Cancel**

To: **Cole Underwood**

Wed, Mar 13 at 2:23 PM

Did he ever text you back?

Not a peep.

I'm not going to sweat it.

I think that's the best thing you can do.

Just frustrating, you know? Like I've done everything I could be as good of an AD as I can, and everything I thought was right is what is getting me drug across town.

Yes, and I've told you from the start of all this that people like to see the ugly and if they think there's a story, that's what they want to believe.  Perception is such and ugly thing.

I know, but when Stewart is emailing and backing me, why does Greg continue to allow perception dictate the narrative?

Text Message

083

**9:31**

## New Message                    Cancel

To: **Cole Underwood**

I know, but when Stewart is emailing and backing me, why does Greg continue to allow perception dictate the narrative? Like what is it gonna take for him to just tell people to stop calling?

Because school is political and that's the part that sucks. That's why I never want to be a high school principal again. As long as everyone is "happy", you're safe, and as soon as the wrong person gets the wrong idea, you're getting called in the carpet. Tori and Zavla just haven't had their first scandal yet. Just wait. It'll happen.

I guess he was at softball today.

I was too. I didn't see him

And I guess you're right on the other. It's just wearing me out. How did you know he was at softball

Text Message

084

**9:32**

**New Message**    **Cancel**

To: **Cole Underwood**

Fri, Mar 15 at 12:45 AM

I know you're prolly asleep, and I'm sorry for the late text, but I know for a fact there's something going on against me. I know it in my whole heart. Greg is not speaking to me... I just know there's something against me. It all leads to it. All of it.
There's a meeting on calendar Monday 8:30-9:30 Greg Tori and Donna.

Will you please, I'm begging you, talk to Tori. Figure out what that meeting is about. Because I don't know why or what more can be done to me. I'm ready to be done. I'm ready to get out because I feel like I'm the fucking enemy when I haven't done anything.

I'm still up. I'll talk to her tomorrow and see what I can find out.  Jenkins spent two days with her recruiting at OSU.  I'll see if she knows anything.  You know I'm in your corner and I'm rooting

Text Message

085

9:32

**New Message**    Cancel

To: **Cole Underwood**

> I'm still up. I'll talk to her tomorrow and see what I can find out. Jenkins spent two days with her recruiting at OSU. I'll see if she knows anything. You know I'm in your corner and I'm rooting for you hard. I'm wondering if Nats mom called Tori.

I worry about things, constantly. I hate feeling like people don't like me. I hate feeling like there's a lack of trust. Because all I've done is everything I can to be the best AD I can.

You can ask any athlete male or female, I guarantee I've never made any of them uncomfortable. Never been inappropriate in any way. And public perception is dragging me and ruining me. I'm just sick.

> You've got to stay strong. The kids need you. You said something that stuck with me about Klafka not mattering I'd
> ~~your a piece of shit if you win.~~ RE

+    Text Message

086

9:33

**New Message**    Cancel

To: **Cole Underwood**

done is everything I can to be the best AD I can.

You can ask any athlete male or female, I guarantee I've never made any of them uncomfortable. Never been inappropriate in any way. And public perception is dragging me and ruining me. I'm just sick.

You've got to stay strong. The kids need you. You said something that stuck with me about Klafka not mattering I'd your a piece of shit if you win. BE A WINNER. You are a great man and a great AD. It's going to get better. Don't give up. I stayed because I knew what I was doing was right and it's been completely worth it. We tell the kids to persevere when it gets tough. Stay strong.

Why are the people who are supposed to have my back the ones going behind it the most though?

+    Text Message

087

9:33

**New Message**          **Cancel**

To: **Cole Underwood**

completely worth it.  We tell the kids to persevere when it gets tough.  Stay strong.

Why are the people who are supposed to have my back the ones going behind it the most though?

Because they're insecure in their own positions.  Jenkins tells me all the time that Rocque wanted me out when she figured out I was smarter than her.  I still don't trust Tori, and she's still trying to prove she's worthy of her job.  Greg is still new and has to cement himself in his position and keep up perceptions where his leadership is concerned.  I really don't think that meeting is about you.  Tori is not really sure how to do all of this end of year stuff and plan for next year.  They had Region here last week to talk about SPED.  I know she's going to ask him about that and schedules and hiring.

+  Text Message

088

9:34

**New Message**          **Cancel**

To: **Cole Underwood**

Well, I sure hope not. But if you would find out for me, I'd sure appreciate it. Because I feel really uncomfortable right now with Greg who has always been like a great mentor to me, not speaking to me. Makes me sick.

Is it because he hasn't texted you back, or did he ignore you after that? The more you stress, the harder it is for you to do your job. You're going to have to channel some IDGAF energy. People hate coaches because they're cocky SOBs, but they have to be to some degree to get the job done. YOU know you haven't done anything wrong, and so do those of us who believe in you. Let that be enough. I'll make some calls tomorrow and see what I can find out. Has Dacey said anything?

Yeah, just because he never texted me back.

I'm about to turn on the IDGAF

Text Message

089

**New Message**   **Cancel**

To: **Cole Underwood**

Yeah, just because he never texted me back.

I'm about to turn on the IDGAF energy. I can be a prick with the best of em. Lol

You're right. I haven't done shit wrong. Stew will vouche. ▮ obviously will. That's enough for me.

Just let me know if you hear anything. But you're right. I'm confident in knowing I'm innocent. I'm not gonna worry much more.

Dacey is in marble falls with her sister and her and I have been just fine.

I'm so sorry I hugged you late, but damn I'm glad I did. You knew just the right things to say. Truly.

That's what I'm here for, friend.

+   Text Message   🎤

090

9:35

**New Message**                    Cancel

To: **Cole Underwood**

Love ya for that. Just so you know, your support and backing for me is reciprocated ten fold on my side. You're the best work bestie I could've asked for. 😂

Fri, Mar 15 at 9:37 AM

I talked to Jenkins. Tori and I aren't in the best place right now, so I asked if they had talked about anything on their trip. She said that Tori believes you and is backing you. She's worried about hiring and filling positions because the past couple of years, we've waited too long. She thinks the meeting is about that and staffing for next year.

Thank goodness. I sure hope so too. Thank you for that. 🙌

And I'm going to stop calling HS out during admin meetings and just let it go. They have to answer for themselves, and Greg doesn't need me telling him. Just remind

\+    Text Message                    🎤

091

**9:35**

**New Message**   **Cancel**

To: **Cole Underwood**

And I'm going to stop calling HS out during admin meetings and just let it go.  They have to answer for themselves, and Greg doesn't need me telling him.  Just remind me Tuesday morning to take off my parent hat before admin.

And my judgment hat.  I don't want her job, and I should be more supportive.  At least Sproul isn't still here.

Yes ma'am. I will remind you, even though I wish you wouldn't stop!

Is Dutch going to Sunray?  New rumor lol

I haven't heard that, but it would make my life way easier. Where'd you hear that? 😂

Jesus Cervantes told the locker

+   Text Message   🎤

092

9:35

**New Message**                    Cancel

To: **Cole Underwood**

Fri, Mar 15 at 7:41PM

By the way. That meeting is a staffing meeting. I asked Tori because I told her I needed them to know where I needed to hire. She told me to email it to her so she could talk to them about it.

Just weird Donna will be there too. She was in the ass chewing meeting with me and Greg.

She's pretty good at offering suggestions, and I think she's starting to get more involved in the day to day stuff.  She was also in all our meetings when we moved Jaymie Flaming back into the classroom.
Glad you know for sure what the meeting is about and can rest a little easier.  I hate the feeling of not knowing.

Me too. We have final bball coach interviews with our top 2 next week so that'll keep me busy

Text Message

093

**9:35**

**New Message**    **Cancel**

To: **Cole Underwood**

Sun, Mar 17 at 7:32 PM

Can I ask you a job related question?
I'm trying to kind of get a feel for some stuff finishing this year and then going into next.

Are you happy with my job performance? Like, am I doing everything you think I need to do as an AD?

When Greg and I talked about contract renewals, he was vague but said he was pleased with what I was doing. Is there anything you think I need to be doing better/differently? I am asking you and Tori since I work with y'all a lot more closely.

Tori hasn't answered me. So that's annoying.

And now you're not answering which doesn't make me feel better lol

+  Text Message

094

**9:37**

**New Message**                    **Cancel**

To: **Cole Underwood**

No ma'am, I've told you... I love being in the loop with you guys. I hate being in the dark from all of the HS happenings. I appreciate the working relationship with you and Jenkins far more than the one I am stuck with every day.

Like this— you communicate with me at a high rate. I was texting Tori at 6:15ish. Sent her that message asking about what I needed to do/could do better at <u>7:15</u>, and I've got nada. Like wtf.

She never texts me back very soon, and I have sent emails that she has never replied to.  So don't feel like it's just you.  She doesn't think we're a priority.  I tried to have Jenkins talk to her when they went recruiting, but it fell on deaf ears. She's extremely stubborn.

Unreal to me, honestly.

Mon, Mar 18 at 8:03 AM

Text Message

095

9:37

**New Message**                          Cancel

To: **Cole Underwood**

Mon, Mar 18 at 8:03 AM

She replied, and it was a well thought out response.

"Overall, I'm happy with the job you are doing. Admittedly, I don't know the full scope of what your job entails between the two campuses. But, when I ask for something, you make it happen.

I think you are open to feedback and are willing to work together to find the best solution, which I appreciate.

Something you might reflect on (because my perspective is definitely one-sided, and may be off) and decide if it bears work; not acting rashly when upset. You've had a lot of crap thrown your way this year with people dissecting your every move. You can sometimes be quick to act, without calming down which sometimes makes the situation worse.

+   Text Message

096

9:37

**New Message**                    Cancel

To: **Cole Underwood**

> Something I'd like is to work on together next year is trying to bring coaches and teachers together. There is an unintended divide, and I think the overall campus climate would be improved if we eliminated the us against them mentality that naturally happens in all schools."

Yep, that sounds like her.  It is a great response, and she's not wrong.

> 110%.
>
> I am a freaking asshole, I know it. Lol but I do need to work on not being so fiery. I'm young so I chalk that one up to my youth. Need to let it roll off my back but that's just not me.

You are not an asshole.  And the passion is only because you care so much.
You are also extremely driven.
Those are not negatives.

+     Text Message    

097

9:38

**New Message**    Cancel

To: Cole Underwood

Lol but I do need to work on not being so fiery. I'm young so I chalk that one up to my youth. Need to let it roll off my back but that's just not me.

You are not an asshole.  And the passion is only because you care so much.
You are also extremely driven. Those are not negatives.

Well thank you, that means a lot to me, but she is right, sadly. I act rashly far too often. I think I get so fed up with being under a microscope that it has driven me crazy. I'm honestly considering therapy. I have looked into a lot of different options I'm just trying to decide if it is something I think will help me.

I don't think therapy is ever a bad idea.

I will be there shortly for hearing. Forgot about it.

Text Message

098

9:38

**New Message**    Cancel

To: **Cole Underwood**

Mon, Mar 18 at 2:45 PM

Brown just kicked me out of the interview room. Lol kept Zac in there by himself.
Not sure I've ever been kicked out of an interview. Dont have a real good feeling about that lol

Weird

I saw your sweet ride at admin and wondered if he was in on the interviews.

He was. He and I just had a really good talk.

Good. I'm glad. He came over today to talk staffing, and it went really well.

Mon, Mar 18 at 5:14 PM

Feeling better?

I feel pretty good. We had a solid talk. I'll come tell you tomorrow

+    Text Message

099



**New Message**     Cancel

To: **Cole Underwood**

Tue, Mar 19 at 2:00 PM



Welp, so much for that.

Sorry dude.  At least you'll be in good company.  I'll be there. 🙂

Feel like that prolly means I'm on the shit list at the moment. Will probably be talked to. Just a



100

9:39

**New Message**                    Cancel

To: **Cole Underwood**

Feel like that prolly means I'm on the shit list at the moment. Will probably be talked to. Just a guess.

> They really are picky about us missing.  I got major flack last year when I missed for Jax's funeral, but I wasn't going to miss it or not go with Cash.

I guess that's true. Feel like hab missed a lot though.

> I doubt they want to talk to you. They're just adamant that they see us.  I told someone this morning that it's weird.  Every school board ever has been extremely unpredictable.  You never know when someone thinks something that's not a big deal is all of a sudden earth shattering.

I had texted Bryce to see if it would be bad for me to miss. He obviously didn't give a damn. But Greg definitely did.

+ | Text Message |

101

9:39

**New Message**                          **Cancel**

To: **Cole Underwood**

> I think it's Wes who's picky about it.

Would he have already told me if I was gonna be called into closed session?

Tue, Mar 19 at 4:02 PM

> Yes unless a question pops up they want to ask. But that rarely happens

Gotcha.

Drives me insane. His text made me feel like he thinks I'm trying to avoid.

> I don't know which one of them it is, but I've always gotten the impression that the board really breaks the stoop under the over the coals when one of us is not there

> Effing voice to text

+    Text Message

102

9:41

**New Message**   Cancel

To: **Cole Underwood**

> It's going to be incredibly refreshing to start that department fresh.

You could always take Deborah back

> I would, but Tori said she told her she wants to stay at high school now that all the drama has died down.

Yeah, because her and Dutch have said shit about me and ████ to take heat off of them.

> They're jerks. I do think she'd be a better teacher if we got her away from the high school kids.

I believe it.

Stewart Johnson wants to fight Dutch.

> I'd pay to see that.

Text Message

103

**9:41**

**New Message** Cancel

To: **Cole Underwood**

Me. Too. Lol

Do you know if there's still a law that states if you're down to two candidates, one certified, one not, you have to hire the certified one? Mom said there used to a law like that.

I don't know that it's a law, but it's definitely best practice.

Mom said she knows it was a law when she had been on hiring committees before!

I'm on the phone with Shane Whiteley to find out.

Sweet.

He said he also doesn't know if it is an actual law but it can prevent a lawsuit. Especially if one party is female, a minority, etc.

Well neither are either of those lol but it could avoid a lawsuit.

Text Message

104

9:45

**New Message**    <u>Cancel</u>

To: **Cole Underwood**

Tue, Mar 26 at 7:17 AM

Did she tell you Delma called her yesterday

No, what did she want

I'm with Arruda or I'd call you

Let's talk later

Well you gotta tell me now because I will be with Casey all day. Going to Hereford for golf and then soccer.

Now I'm stressed

Ah.  Stop stressing.  Tori handled it perfectly.

Was it about me? Seriously??

Yes.  Either Kelly or Klafka trying to stir things up.  She told Tori it was someone who used to coach in Perryton. 🙄🙄

They're miserable human beings

Text Message

105

**New Message**     <u>Cancel</u>

To: **Cole Underwood**

> They're miserable human beings

Man I fucking hate them even more now. Grateful for Tori, though. Makes me feel good about that.

I feel tempted to text Delma. I wish you could've heard what she asked.

> Delma is pretty professional too. The way it sounded from my side, she just said that it was reported to her and she thought she should tell Tori.  Nothing mean or salacious.  She wasn't trying to gossip.  She just wanted to be sure Tori was aware.

And it was just about me driving her home? Lol

What a joke

> I think so.  They're jerks.

Yes they are. But that's been a while ago so I'm not going to

Text Message

106



**9:45**

**New Message**      Cancel

To: **Cole Underwood**

Yes they are. But that's been a while ago so I'm not going to sweat it. It's been handled. But you can bet your ass I'll never darken the doors of Gruver ever again.

I'm really surprised they're all staying there.

Really?

From what I've heard, the parents are a-holes to Delma, and the boys don't like Hab.  But that's also gossip, so it might be better than I've heard.

I don't doubt that at all.

I'm pretty sure Hab and Cowan only have a couple more years to retirement anyway.

Cowan will stay till Bo goes, but yes.

\+ Text Message 🎤



107



**New Message**          **Cancel**

To: **Cole Underwood**

Tue, Mar 26 at 9:20 AM

Who's your group you're with for TIL days

It's all of us today.

We're at FPC

Ohhhhhh I gotcha.

Would it be wrong of me to text Tori thank you? I don't want her mad you told me, but I am appreciative of her.

I'd rather you didn't.  I did tell her that we talk a lot and I support you wholeheartedly, so I'm sure she knows that I would tell you. But I also only heard it because we were in he car together.

True. I won't say anything.

Thanks, friend.

Of course.

+    Text Message

108



**New Message**    <u>Cancel</u>

To: **Cole Underwood**

Of course.

Think she's going to tell Greg?

No

Good.

I don't know why she would.

I don't know either.

Tue, Mar 26 at 11:50 AM

Cell phone webinar?

It's a zoom that a lawyers office does to explain the legality of searching student phones.

Oh okay.

You never know when something might happen on a bus or in a locker room, so I thought you might want to come if you're not busy.

+ Text Message



109

**9:47**

## New Message                    Cancel

To: **Cole Underwood**

Tue, Mar 26 at 9:13 PM

Tori, Greg, and Donna have meeting on calendar Thursday morning all together... trying to schedule the kid to come interview. Wasn't looking for any other reason.

then y'all all 4 have one that afternoon.

Any idea what they are for?

My guess is the morning is so they can have the same discussions we had today because she wasn't there. Then we're all at the cell phone webinar. Greg asked to be invited too.

Makes sense. I talked to the Glasscock kid on the phone. Really liked first impression!

Good! I was mucho impressed.

He seems really knowledgeable

+ Text Message

110

**New Message**    **Cancel**

To: **Cole Underwood**

I'm finding this all out as we go.

Hiring under Mireles was much easier. I'm not totally convinced Greg is as good as I thought. To be honest.

He did me a huge favor yesterday, so I do appreciate that.

And what was that? Because he hasn't done any of those for me 😂

They're going to redo the DOI, so we don't have to offer 6th grade honors math.

Very nice.

Their meeting tomorrow morning is ptech. Tori told me this morning.

I think she's trying to involve you more.
She is REALLY close to Greg, but

Text Message

111

**New Message**　　　**Cancel**

To: **Cole Underwood**

I know it. Did cash tell you about BT

> YES!! He's so happy.  How'd you swing that?

What do you mean?

> That BT is playing football.  What are you talking about?

He broke his hand today in the weight room.



> No, I came to Goodwell to recruit so I haven't seen ████

Plate crushed his hand

> There was another kid interested in coaching baseball.

Bad bad

Text Message

112

9:57

**New Message**                    **Cancel**

To: **Cole Underwood**

Mon, Apr 8 at 10:21PM

I'm not sure why he gets to say who gets what keys to my building. It pisses me off.

Yes, he called me and already told me I should have keys for over there.

He said Hab had them and I said, well I don't.

Are you available for your key?

Yes

Today 3:30 PM

Sandi, Allen said that we will give Cole keys to the athletic doors instead of a campus master. He doesn't have master keys to any of the other campuses

The other campuses don't have basketball tournaments on weekends, etc. They have also had to reschedule hs practices or held hs practice in our gyms. Once when that happened, he needed access to a coaches office and to the concession stand to get ice for

 Text Message

113

9:58

**New Message**    Cancel

To: **Cole Underwood**

Today 3:30 PM

Sandi, Allen said that we will give Cole keys to the athletic doors instead of a campus master. He doesn't have master keys to any of the other campuses

The other campuses don't have basketball tournaments on weekends, etc. They have also had to reschedule hs practices or held hs practice in our gyms. Once when that happened, he needed access to a coaches office and to the concession stand to get ice for an injured athlete. I would rather just have to get one key from him when or if he leaves

Hab probably pulled a Jesse and kept them.

Stupid, I know.

Tue, Apr 9 at 8:18 AM

You busy this morning? I know y'all are testing

Tue, Apr 9 at 10:18 AM

+    Text Message

114

10:05

**New Message**                    Cancel

To: **Cole Underwood**

Mon, Apr 15 at 8:35 PM

> Do you know who the "young nurse" was at the physicals?

No idea lol

> Apparently she chatted ▇▇▇▇ up lol 😂

Dr. OBurn maybe. Ask him where her station was

> The room off the gym that's like the trainers room but not the trainers room.



Yeah Arruda office lol

> Kid has no game with girls his own age but enjoys chatting with the doctor. 🙄🤣



~~She was cute. Good move from~~

+   Text Message 🎤

115

**10:05**

**New Message**  Cancel

To: **Cole Underwood**

> Do you know who the "young nurse" was at the physicals?

No idea lol

> Apparently she chatted Cash up lol 😂

Dr. OBurn maybe. Ask him where her station was

> The room off the gym that's like the trainers room but not the trainers room.



Yeah Arruda office lol

> Kid has no game with girls his own age but enjoys chatting with the doctor. 🙄🤣



She was cute. Good move from him lol

+ Text Message

116

**New Message**    **Cancel**

To: **Cole Underwood**

Mon, Apr 22 at 4:06 PM

Not at all

Just got summoned to Greg's office. He called me and said "hey dude" so hopefully nothing serious.

I hate this shit

Oh yuck.  Keeping my fingers crossed friend.

Probably the Kami and Zoe shit. That I thought was over.

That would be stupid.

Mon, Apr 22 at 6:22 PM

Everything okay?

**Tori Little**
1m · 👥

s funny when students accidentally call me
ɔm. Not so much when teachers do.
specially when they are roughly the same a

Text Message

117

10:09

**New Message**                    Cancel

To: **Cole Underwood**

> Are you pisses at me?

> Pissed

No— please do not share w anyone but I have been placed on leave. I am not supposed to talk to you. I will talk to you as soon as I can. Complete and total witch hunt bullshit. Never pissed at you. Please delete this message when you read it.

As far as anyone knows I am "sick" tomorrow.

> Always here for you.  You know that.  You got it.

Mon, Apr 22 at 8:17 PM

I feel so alone, not being able to talk to anyone is gonna kill me. But it's too damn embarrassing to tell anyone I'm on leave. I can't even bring myself to tell my mom.

> I'm so sorry.  Is it more of the
> same or something new? Do you

+    Text Message

118

10:09

**New Message**    <u>Cancel</u>

To: **Cole Underwood**

I feel so alone, not being able to talk to anyone is gonna kill me. But it's too damn embarrassing to tell anyone I'm on leave. I can't even bring myself to tell my mom.

I'm so sorry. Is it more of the same or something new? Do you have any idea why?

Suspicion over ███████. Literally told me has 0 proof other than knowing she goes up there because of the cameras.

I am an idiot, and I did break his directives, but i just talk to the kid, Wheeler. Neither of us can talk to each other at school. I'm the idiot that allows her to come to my office, but damn, I feel like I can't be there for any of my kids, at all. She's struggling. She struggling with her injury. With Holly. All of it. We just talk. That's all it's ever been. My door has NEVER been closed. Ever. How do I tell a kid who is struggling no, I

+    Text Message

119

10:09

**New Message**                    Cancel

To: **Cole Underwood**

Suspicion over ▉▉▉▉ Literally told me has 0 proof other than knowing she goes up there because of the cameras.

I am an idiot, and I did break his directives, but i just talk to the kid, Wheeler. Neither of us can talk to each other at school. I'm the idiot that allows her to come to my office, but damn, I feel like I can't be there for any of my kids, at all. She's struggling. She struggling with her injury. With Holly. All of it. We just talk. That's all it's ever been. My door has NEVER been closed. Ever. How do I tell a kid who is struggling no, I can't talk? I can't do that.

I know it's hard, but she's also old enough to understand that it's putting your job in jeopardy. I hate it for her and I hate it for you, but when it comes to your responsibility to her vs. your responsibility to all the kids depending on you...sometimes you have to say no and help her

Text Message

120

10:10

**New Message**                    **Cancel**

To: **Cole Underwood**

> I know it's hard, but she's also old enough to understand that it's putting your job in jeopardy.  I hate it for her and I hate it for you, but when it comes to your responsibility to her vs. your responsibility to all the kids depending on you...sometimes you have to say no and help her by finding someone she can talk to that doesn't cause you to lose your job.

> The whole thing sucks.

I'm just beside myself. I told Greg I felt handcuffed. Told him I don't feel I can perform my job at a high level because of it. But he said the investigation would be swift and he'd be in touch. So I guess I have to let the cards fall where they may at this point. I'll have an incredible lawyer on deck if they try to fuck me over.

I know. I am just really frustrated. All because my marriage didn't work out, this happens.

+    Text Message

121

10:10

**New Message**    Cancel

To: **Cole Underwood**

I'm just beside myself. I told Greg I felt handcuffed. Told him I don't feel I can perform my job at a high level because of it. But he said the investigation would be swift and he'd be in touch. So I guess I have to let the cards fall where they may at this point. I'll have an incredible lawyer on deck if they try to fuck me over.

I know. I am just really frustrated. All because my marriage didn't work out, this happens.

I told Greg that point blank. Told him he was allowing Perryton to sensationalize this.

I don't disagree.  Does Dacey know?  I wish I could say I think she's been supportive of you, but I worry about that situation.

No. I literally haven't told anyone. Not even my mom.

I'm so sorry.  You know I'm always here for you and I've got

Text Message



122

**New Message**          **Cancel**

To: **Cole Underwood**

> I'm so sorry.  You know I'm always here for you and I've got your back.

I appreciate it. More than you know. I'm just devastated. Greg basically said I've done it to myself. But I legitimately don't know what I've done.

> Going against the memo he had you sign put you in a precarious situation.  I still think that was just a level one and they have to formally write you up or put you on a plan.

I hope so. So we will see. I'll let you know if I hear anything. Please keep our correspondence between us. I just have no one else I trust at the moment. Feel like everyone is against me. I talked to Stewart. Greg called him. He told me he believes me and he understands. he's just upset it happened again.

> I'm deleting all of these texts. I

Text Message

123

**10:11**

**New Message**                    Cancel

To: **Cole Underwood**

I hope so. So we will see. I'll let you know if I hear anything. Please keep our correspondence between us. I just have no one else I trust at the moment. Feel like everyone is against me. I talked to Stewart. Greg called him. He told me he believes me and he understands. he's just upset it happened again.

I'm deleting all of these texts. I told you the other day, I'm always going to take your side. If we don't protect each other, we don't have anything. Like how many times has she come up there since the memo? A couple? Every day?

A couple. Not every day. Not even close

Just when she doesn't feel like she has anywhere to turn, huh?

Correct. 110%. She hates talking to Randi. Can't tell you how many times she's told me that

+  Text Message  🎤

124

10:11

**New Message**                    **Cancel**

To: **Cole Underwood**

> Just when she doesn't feel like she has anywhere to turn, huh?

Correct. 110%. She hates talking to Randi. Can't tell you how many times she's told me that.

> Do you think she'd want to talk to Brooke? Or is she just a bleached version of Randi?

Maybe. I know she has a relationship with the hales. █████ is one of her good friends.

> Yes, I know she was close to Tessa last year too.

They're related!

> I just think the safest and healthiest thing for both of you would be for her to find someone who isn't you to lean into. I know it doesn't seem fair, and I know you're not doing anything wrong. It just puts you both in a place for people to be assholes and treat

Text Message



125

10:11

**New Message**  **Cancel**

To: **Cole Underwood**

> I just think the safest and healthiest thing for both of you would be for her to find someone who isn't you to lean into. I know it doesn't seem fair, and I know you're not doing anything wrong. It just puts you both in a place for people to be assholes and treat you badly.

Yes ma'am. I know that now. This one is really driving it home.

> I'm so sorry friend.

It is what it is. I've done whatever I think is right for our kiddos unapologetically. I've tried so hard to be an advocate for them. To fight for them. And this is the route I'm being driven down. Hurts. But I'll come back far and away stronger.

> Just let me know what you need. I'm here for you.



Text Message

126

**10:11**

**New Message**                    **Cancel**

To: **Cole Underwood**

It is what it is. I've done whatever I think is right for our kiddos unapologetically. I've tried so hard to be an advocate for them. To fight for them. And this is the route I'm being driven down. Hurts. But I'll come back far and away stronger.

Just let me know what you need. I'm here for you.



Thank you, as always. You're one of the very best people I know.

Mon, Apr 22 at 11:15 PM

Can I call you? I know it's late

I just met with stewart. Drove around with him for about 45 mins

Tue, Apr 23 at 2:27 AM

Sorry. I was out for a little while. Feeling better?

 Text Message

127

**New Message**    Cancel

10:11

To: **Cole Underwood**

Can I call you? I know it's late

I just met with stewart. Drove around with him for about 45 mins

Tue, Apr 23 at 2:27 AM

Sorry. I was out for a little while. Feeling better?

I hope you're getting some sleep.

Tue, Apr 23 at 7:21 AM

Call when you need to. I'll put the DND sign on my door or I'll leave and go for a drive.

Greg is here. No idea why.

He's behind closed doors with Daugherty

Okay. I don't know at this point. I really don't. Stewart and I had a great talk.

Text Message

128

10:12

**New Message** Cancel

To: **Cole Underwood**

Tue, Apr 23 at 11:20 AM

**Any word on anything?**

**I texted Stew and haven't heard back from him.**

No. Jesus just came to vent. He's pissed. He's going to email Greg about what a great job you've done and how much more supportive you've been than any other AD he's worked for.

**Well, I'm glad to hear that.**

Tue, Apr 23 at 1:26 PM

**Still nothing.**

**Have you heard/been told anything?**

**You not answering me has me concerned. Bad.**

Have a teacher in here . Just a sec.

+ Text Message 🎤

129

**10:12**

**New Message**                    Cancel

To: **Cole Underwood**

This feeling of being on edge is crippling me.

> Just keep breathing.  If we didn't have the board meeting tonight, I'd come get you for a road trip. Pull out the Good Book and see what God has to say to you. Breathe and pray.

My mom isn't answering my calls. I'm stressed the fuck out.

> She'll call you back when she can.  I'm sure she's busy with kids and school crap.

> I'm glad you decided to call her.

I'm sure she heard from someone else I'm on leave and she's pissed at me. She never ever doesn't answer.

> I absolutely don't believe that she would purposely not answer or call you back.  She loves you.

Text Message

130

**New Message**    <u>Cancel</u>

To: **Cole Underwood**

I'm sure she heard from someone else I'm on leave and she's pissed at me. She never ever doesn't answer.

I absolutely don't believe that she would purposely not answer or call you back.  She loves you.

She's talking to me right now.

Good

Got ahold of my law firm. I'm going to be getting called by a lawyer soon.

GOOD

That's the best thing you could do right now.

Your mom is being supportive too, right?

Yes. She is. Of course.

I told you she would be.

Text Message

131

**10:12**

**New Message**    Cancel

To: **Cole Underwood**

Do our board members have school emails?

Mom's principal told me I needed to file a grievance today.

I'm on with Region 16

What are Donna's and Liliana's email?

Sorry

dhale@perrytonisd.com
lmedrano@perrytonisd.com

I'll call as soon as Jenkins leaves my office.

Daugherty Just said it went good. For now Daugherty will handle AD questions and no one needs to speculate.

Fucking annoying.



Text Message

132



10:13

**New Message**                    Cancel

To: **Cole Underwood**

I know.

I'm so stressed.

Over nothing. Like I know there's nothing.

> I know.  I hate all of this.  I hate it for you and I hate it for ▮
> They're putting her through some serious bullshit to be petty.

110%. Can I call you?

Driving so it's just easier

> Yes

Tue, Apr 23 at 6:33 PM

What's the climate like there

> Weird

I don't doubt it.

I just sent you my grievance letter.

Text Message

133

**10:13**

**New Message**                **Cancel**

To: **Cole Underwood**

I just sent you my grievance letter.

> Wow. They really told you to come out with guns blazing.

> In other news, Shannon Jackson is going to Spearman which is exactly what I said would happen. Despite my husband's family saying they heard they wanted a man. 🙄

Well I hope they treat her better than they did you.

> I got a raw deal because of the superintendent change and ALOT of the kid's parents were classmates of mine. It just wasn't good.

> Everyone who was on the anti-Wheeler group have been either fired or asked to leave except Klafka.

I believe that. I don't know how he has such a cush go of it

Text Message

134

10:13

**New Message**    Cancel

To: **Cole Underwood**

I believe that. I don't know how he has such a cush go of it.

I don't either except he has three athletic kids and a wife who's sped certified.  Districts see that shit and don't ask a lot of questions.

True that.

Tue, Apr 23 at 8:43 PM

I'm to the point I'm not even upset anymore, I'm fuckin mad. Bryce won't even fuckin talk to me.

Hale? Are they already out of their meeting?

Yes.

I'm sorry I've blown you up all day. I don't intend to bother you ever.

Stop.  You know if you were

+    Text Message

135

**10:14**

**New Message**    Cancel

To: **Cole Underwood**

> Stop.  You know if you were bothering me I wouldn't answer.  I don't ever want you to apologize for needing to talk.  That's what friends do.

I know. I just don't have anyone else to talk to. You and Rhyan prolly wanna silence yalls phones lol.

I nearly texted Greg and just asked do I get updates through this thing? Or just kept in the dark. But I didn't.

> I absolutely don't want you to feel alone.  I think it's cruel the way they're making you wait and not giving you any information.

Lawyer told me I can sue for pain suffering and mental anguish when it's all said and done.

> Absolutely.  The fact that there is zero evidence of anything and it gets sprung on you out of nowhere is just crazy. I don't get

Text Message

136

10:14

**New Message**                    Cancel

To: **Cole Underwood**

> Absolutely.  The fact that there is zero evidence of anything and it gets sprung on you out of nowhere is just crazy.  I don't get it.

I agree. Wholeheartedly.

Wed, Apr 24 at 1:24 AM

> You okay?

No. I'm not okay.

> Do you need to talk?

I don't know that you'll ever want to speak to me again, Sandi.

> ??

> Did something happen that you haven't told me about?

> Where are you?

I'm trying not to do anything stupid.

+    Text Message

137

10:14

**New Message**                    Cancel

To: **Cole Underwood**

Are you at home or on the way back to your mom's?

What happened?

Can I call you?

Yes.  I'll call you.

Wed, Apr 24 at 7:41PM

Tomorrow will be the worst of it. Just please keep me in your prayers.

I will.  I was told today to not have anymore discussions with you. I'm sorry.

Do you know how long that is supposed to last?

No

**Delivered**

Okay. Thank you for always being there.

Text Message

138

**New Message**    <u>Cancel</u>

To: **Cole Underwood**

> Are you at home or on the way back to your mom's?

> What happened?

Can I call you?

> Yes.  I'll call you.

Wed, Apr 24 at 7:41PM

Tomorrow will be the worst of it. Just please keep me in your prayers.

> I will.  I was told today to not have anymore discussions with you. I'm sorry.

Do you know how long that is supposed to last?

> No

**Delivered**

Okay. Thank you for always being there.

+  Text Message

139

# Exhibit 9

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Sandi Wheeler 09/24/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

S.J., a Parent, Conservator,   )
and Next Friend of N.J.,        )
      Plaintiff,          )
                      )
vs.                    )     Case No. 2:24-CV-00168-Z
                      )
PERRYTON INDEPENDENT SCHOOL   )
DISTRICT, and            )
                      )
COLE UNDERWOOD, Individually   )
and in his official capacity as )
Athletic Director of Perryton   )
ISD,                   )
      Defendants.       )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEOTAPED AND ORAL DEPOSITION OF

SANDI WHEELER

HAD ON THE

24TH DAY OF SEPTEMBER, 2025

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WORD FOR WORD REPORTING, L.L.C
620 NORTH ROBINSON, SUITE 202
OKLAHOMA CITY, OKLAHOMA 73102
(405)232-9673

REPORTED BY:  DARLA RILEY, CSR

APPEARANCES


FOR THE PLAINTIFF:

Mr. Tyler L. Gentry
Mr. Kyle Goodwin
GOODWIN LEWIS, PLLC
420 Northwest 6th Street, Second Floor
Oklahoma City, Oklahoma   73102
(405) 900-5700




FOR THE DEFENDANT, PERRYTON INDEPENDENT SCHOOL DISTRICT:

Mr. Slater Elza
UNDERWOOD LAW FIRM
Post Office Box 9158
Amarillo, Texas   79105
(806) 376-5613
(806) 379-0316 FAX



Also Present:  Mr. Stewart Johnson

Mr. Brad Snyder, Videographer

THE WITNESS:  Oh, yes.

Q    (By Mr. Gentry)  Who is the new athletic director?

A    Joshua Hernandez.

Q    What do you think about Ms. Little?

A    Sometimes I like her.  Sometimes we don't get along.

Q    Why?

A    She has -- sometimes has different ideas about the way our jobs work.  She has a different personality.  She does not come from a background of the Texas Panhandle, per se.  So sometimes we don't agree.

Q    Okay.  Give me some examples about some things maybe you have disagreed about.

A    I am a very big believer in school spirit, in encouraging students to participate in athletics and sports.  And I am a lover of high school football, and that is a piece of our culture that she didn't grow up in, so doesn't always understand how that works.

Q    And I think we have established that you feel like you might have some liability in this case.  Do you think Ms. Little has some liability in this case?

MR. ELZA:  Objection, form.

A    Yes.

Q    (By Mr. Gentry)  Why?

A    Because she had much more access to see Coach Underwood. She spent much more time with both him and ▮▮▮▮▮▮

Q    Do you feel like she would have more liability than -- than you, for example?

MR. ELZA:  Objection, form.

A    Yes.

Q    (By Mr. Gentry)  Are you aware of any times that -- outside of the Ms. Habethur complaint, that she received information that she did not forward on to Mr. Brown?

A    No.

Q    Okay.  Now, based on this hierarchy, you would agree with me that per policy if you or Ms. Little or Mr. Underwood received complaints, those are supposed to run up the chain towards the superintendent, right?

A    Yes.

Q    Okay.  I think we have already established that at times that did not occur in this case, correct?

A    Yes.

Q    If you will go to -- let me make sure I give you the right one here.  I was super organized when we started.  108 for me.  This is a policy identified as DH Local.  Is that the one that you are on?

(Plaintiff's Exhibit No. 108 was introduced and made a part of the record.)

A    Yes, sir.

Q    It starts there at the top.  Each district employee shall

THE VIDEOGRAPHER: Going back on the record at 10:26.

Q    (By Mr. Gentry) Describe your relationship with Cole to me.

A    We were friends and colleagues.

Q    Did you know him before he started working at Perryton ISD?

A    I did not.

Q    And if I understood your timeline correct earlier, when he got here you were already here, correct?

A    Yes.

Q    Okay. So that's ultimately when your relationship started?

A    Yes.

Q    Now, when I was reviewing your text messages with him I wrote down repeatedly in my notes the word confidant. And then ironically Greg Brown used that term to describe you and Cole's relationship yesterday. Would you agree with that?

A    Yes.

Q    You were involved in Cole -- or with Cole in a way that you often gave him, for example, privileged or confidential information that he was not privy to, right?

A    I am aware that I gave him confidential information, no.

Q    Did you give him information that was not given to him directly?

A    Yes.

Q    For example, maybe something that was discussed in a meeting or things like that?

A    Yes.

Q    Do you see the problem in telling a perpetrator things that are said about his actions?  Do you see the issue with that?

A    I don't recall ever telling him things that were said about his actions.  He would ask me was my name brought up in a meeting?  No.

Q    And we are going to look at those texts.

A    Okay.

Q    But throughout those text messages he is adamant -- adamant at every occasion about what's going with this, am I in trouble here, I am struggling here.  Did you ever find any of that odd?

A    No, not -- not really.

Q    Why?

A    Because of the position he's in.  As a -- as a coach and athletic director and administrator we are constantly under scrutiny.

Q    Do you believe that any of those text messages with him were inappropriate?

A    Yes.

Q    Would you agree with me that at times in those text

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Sandi Wheeler 09/24/2025                                    Page 64

messages you were conspiring to delete messages?

A    Yes.

Q    And you were doing that in an effort to protect or defend him, right?

A    No.

Q    Why were you doing that then?

A    To protect myself.  I mean --

Q    So you couldn't get in trouble?

          MR. ELZA:  Hold on.  Let her finish.

Q    (By Mr. Gentry)  Go ahead.

A    I didn't want my boss to see me using the "F" word in texts with a colleague.

Q    Was that the only reason you intended --

A    Or --

Q    Sorry.  Go ahead.  I thought you were done.

A    I just didn't want my professionalism to be -- I -- I was aware that some of those -- those texts were less than professional regarding some of our coworkers, and I didn't want Mr. Brown to see that.

Q    Do you find it odd that your boss, Mr. Brown, is not in today's deposition?

          MR. ELZA:  Objection, form.

A    No.

Q    (By Mr. Gentry)  Why?

A    Because he's been made aware of all of that at this

point.

Q   Is he aware that you feel like you have some liability in this case?

A   Yes.

MR. ELZA:   Objection, form.

Q   (By Mr. Gentry)   Is he aware that you feel like the school has some liability in this case?

A   Yes.

Q   And you are going to tell the jury that too, aren't you?

MR. ELZA:   Objection, form.

Q   (By Mr. Gentry)   Correct?

A   Is this going to court?

Q   If it does, you are ultimately going to tell the jury that the school has liability, correct?

MR. ELZA:   Objection, form.

A   Yes.

Q   (By Mr. Gentry)   Meaning you are not going to change your answers, are you?

A   Well, no.

Q   Okay.   What did you know about Cole before he started at Perryton ISD?

A   I knew that he had coached baseball at Amarillo High and that they had made the playoffs.

Q   Had you heard anything about any of his -- we'll say personal issues or getting in trouble at AISD or anything like

A     Yes.

Q     I have reviewed these very much in detail.  And throughout and regularly there are text messages that appear to be missing.  Would you agree with me?

A     Yes.

Q     Why is that?

A     Because they are about fellow colleagues that don't have anything to do with this case.

Q     Okay.  So you took the liberty upon yourself to remove certain messages that you didn't think were relevant to this case?

A     Absolutely.

Q     Any issue if asked to produce all of those messages?

        MR. ELZA:  Objection to form.

A     Yes, because they are not there anymore because I have deleted and blocked ever -- every -- all my correspondence with Cole.

Q     (By Mr. Gentry)  You deleted your messages with Cole Underwood during the pendency of this case?

A     After I printed them.  I was asked to save this stuff that was relevant to the case.

Q     Let's take a quick break before we get into these.  It's probably a good time.  This is going to take a moment.

        THE VIDEOGRAPHER:  Going off the record at 11:12.

(Break was taken.)

THE VIDEOGRAPHER:  Going back on the record at 11:24.

Q    (By Mr. Gentry)  Right before we took a break we were -- we were going to -- we are starting to get into these text messages.  And if I understand what you said initially correct, you agreed with me that there are certainly missing text messages from what was produced, right?

A    Yes.

Q    Meaning this is not a complete copy?

MR. ELZA:  Objection, form.

A    It's not a complete record of text messages between Cole and I for the entir-- yeah.  Yeah.

Q    (By Mr. Gentry)  Okay.  And if I understand it right, are you the one that ultimately made the determination as to what you are considering relevant or not?

A    Yes.

Q    And that determination would have come after the district asked you to put together these messages, correct?

A    Yes.

Q    Okay.  Do you recall when that was?

A    No.

Q    Okay.  And presumably it would have been after we made certain discovery requests for these messages, you were asking to put them together.  You put them together, you made the

determination to delete some, and then you gave them to the district, and they produced them, right?

A    Yes.

Q    Okay.  At a minimum would you agree with me that -- that -- that deletion of these messages came after the filing of our case?

MR. ELZA:  Objection, form.

A    Of this case?

Q    (By Mr. Gentry)  Yes.

A    No.

Q    Okay.

A    I don't know.

Q    How would you make that determination?

A    By date?  I don't know.  I don't know when this case was filed.

Q    Okay.  Well, I'll tell you, following the incidents in question we -- we almost immediately sent a preservation of evidence letter to the school.  Subsequently, we filed the lawsuit and then subsequently issued discovery in this case where we asked amongst other things for the school district to produce a complete copy of all non privileged communications between PISD and Cole Underwood.

We defined within that discovery request PISD to obviously include you as an administrator, then in response these text messages were produced.

A    Okay.  Yes.

Q    Okay.  That doesn't jog your memory at all about when you chose to delete messages?

A    I deleted them as I went through and saw is it relevant to ▮▮▮▮ that Mike Hernandez got the bus lost in Borger on the way to the baseball field?  Which is two blocks from the highway?  No.

Q    But that was in response to the school asking you, hey, we have been asked for these --

A    Uh-huh.

Q    We need you to put them together and get them to us.

A    Uh-huh.

Q    Is that a yes?

A    Yes.

Q    You've used huh-uh or uh-huh several times.  I assume that those are yeses in response to my questions?

A    Just used it just now, yeah.

Q    Okay.  And so you made the determination as to what was relevant in my case, correct?

MR. ELZA:  Objection.  Asked and answered.

A    Yes.

Q    (By Mr. Gentry)  That's a huge problem.  Do you understand that?

MR. ELZA:  Objection, form.

A    Yes.

Q    (By Mr. Gentry)  Okay.  Let's look at these text messages.

A    Okay.

Q    Okay.  So starting here on the first page.

A    Uh-huh.

Q    Why do these text messages start December 3rd of 2023?

A    I believe that was the date we were given.  I think we were given like a span of time.

Q    We asked for messages dating all the way back to 2022.  You are telling me someone told you to only pull messages from this date going forward?

A    No.  I don't recall, but I -- I know that us moving to parents where it was something that was relevant to communication with students.  And that was probably the first time it had been mentioned.  I texted with Cole a lot about employees and about my own child.

Q    Do you understand that we make the determination -- or the Court makes the determination about what is relevant in the case, not you?

MR. ELZA:  Objection, form.

A    I wasn't told that.

Q    (By Mr. Gentry)  I agree with that.

MR. ELZA:  Objection to the sidebar comment.

Q    (By Mr. Gentry)  Okay.  But you would agree with me that

there are messages that predates December 3rd of 2023?

A    Yes.

Q    Are you still in possession of those?

A    No.

Q    Okay.  Let's just look at the ones we got.  Just right here at the bottom.  You are in the blue or green and Cole is the gray in these messages, right?

A    Yes.

Q    Okay.  As early as December 3rd, has Greg ever asked you or mentioned to you coaches using Snapchat to communicate with teams?  It goes on to provide earlier this semester I met with him to discuss this and he doesn't want it used.  And then you ultimately respond, correct?

A    Yes.

Q    Let's just start there.

A    Okay.

Q    We talked about all of these Snapchat issues that he had at Amarillo ISD.  Your response to these questions going forward, had you known those things prior to this conversation do you think it would have affected how you responded to him?

A    Absolutely.

Q    Okay.  And it looks like your responses here indicate that you don't have an issue with Snapchat, is that right?

A    I don't have an issue with Snapchat being used appropriately; however, my concern was that I knew there was a

154

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Sandi Wheeler 09/24/2025

Page 104

A    Okay.

Q    Looks like you-all are talking about some type of coaches meeting that took place, correct?

A    Yes.

Q    And someone must have told you something about that meeting?

A    Yes.

Q    Is it common within Perryton ISD for administrators or coaches or teachers to be inquiring about things that they are privy to?

A    If it's with their friend and it's a personal thing, yes.

Q    Okay. Okay. If we flip the page, you make a mention here, I thought it was about Spencer. Who is Spencer?

A    Spencer Dutcher. He was one of the other coaches at the time.

Q    What is going on with Spencer that you-all were talking about here?

A    Spencer and another teacher -- Spencer was married, and there was a rumor that he and another teacher had a relationship.

Q    Is that rumor true?

A    I am assuming because they just got engaged.

Q    Who is that?

A    Deb Molina.

Q    And what does Deb do?

or something to that effect. I wasn't at the track meet. I don't know.

Q    Okay.

A    But -- but it was -- it was something about Zoe's shorts.

Q    What is Zoe's full name?

A    Oh...

Q    Is it Zoe Salazar?

A    Yes.

Q    Okay. Okay. And if you will turn the page for me, looks like we are still here on January 1. You are asking, did your parents leave satisfied? And he responds, I felt like yes, Estradas. Who are the Estradas?

A    That would be Cristie and Carlos Estrada. They are parents of a student.

Q    Who is their student?

A    ████████

Q    And he's saying it looks like the Estradas are pissed. I addressed the team about shit being said about me and ████ Johnson. Do you see that?

A    Yes.

Q    Is this what we talked about earlier, about him addressing the team?

A    Yes.

Q    And that whole retaliation issue?

A    Uh-huh.

Q    Do you know how that meeting between him and these kids went?

A    I know his side of it.  He said he went into the locker room and told the boys not to -- not to be talking about it anymore, that wasn't true, to shut it down.  My thoughts on it were that I didn't want them talking about ▮▮▮▮▮

Q    Are you aware that he was repeatedly cussing at them over and over and screaming at them and things like that?

A    No.

Q    Okay.  Did you take this issue about him addressing these concerns directly with these boys to Greg Brown after you discovered it?

A    I did not.

Q    Do you think you should have?

A    Yes.

Q    If you would have known some of the things you know now about Cole and his history at AISD would that have affected how you responded to this incident?

A    Absolutely.

Q    Okay.  Do you think it would have affected Greg Brown's response?

A    Yes.

Q    If we flip the page it looks like we are now into January 8th and there's some discussion here where Cole mentions Ryan Daugherty.  Daugherty called him yesterday and told him he

wanted to be a voice to squash the rumors. Is that in reference to the rumors between he and ▮▮▮▮

MR. ELZA: Objection, form.

A   You could assume.

Q   (By Mr. Gentry) Okay. What did you think in January 8th? Were you aware of these rumors between Cole and ▮▮▮▮

A   Only what Cole told me.

Q   And had you reported what Cole told you about these rumors to Greg Brown?

A   No.

Q   And you would agree with me you should have, correct?

A   Yes.

Q   And that was, I think, the first example you gave me of Cole bringing things to your attention that you failed to share with Greg Brown. Is this one of those examples?

A   Yes.

Q   Okay. At this point in time did you ever ask anyone else about these rumors.

A   I asked my son.

Q   And what did he have to say about it?

A   He said kids talk. He said I...

Q   Did he tell you that kids were talking about Cole and ▮▮▮▮

A   He told me Evan said something.

Q   And did you report that to Craig -- or to Greg Brown?

A    No.

Q    So that would be an additional thing that you failed to share that we didn't identify earlier, right?

        MR. ELZA:  Objection, form.

A    Yes.

Q    (By Mr. Gentry)  Okay.  Who is ▮▮▮▮▮▮

A    ▮▮▮▮▮▮▮▮▮▮  He was a student at the high school.

Q    How old is your boy at this time?

A    He was a jun-- he was a sophomore.

Q    What about ▮▮▮▮▮▮

A    I believe he was a junior or senior.  A senior.

Q    Ms. Habethur has some interesting comments in her perception of these issues.  And one of them is she finds it very odd that these older boys who don't have anything to do with ▮▮▮▮▮ are so interested in the relationship between Natalee and Cole.  Do you also find that odd?

        MR. ELZA:  Objection, form.

A    No.  It's -- it's high school.  They are all there together in the building.  I -- I don't know anything about that.  I know that I encouraged a relationship between my child and ▮▮▮▮▮ because I think ▮▮▮▮▮ is an amazing young woman, and I wanted my son to date her.  That's --

Q    Well, let's --

A    -- where that conversation would go often.

Q    Let me ask it a different way.  I played high school

about it earlier, but he regularly did -- he wanted to know what you knew and what you were discovering in meetings, right?

A    Uh-huh.

Q    Okay.  It looks like as of January 16th that Tori, it looks like, called Cole and said I have serious concerns, ▮▮▮▮▮ has developed a huge crush on you, and with that an emotional attachment."  Do you see that?

A    Yes.

Q    Do you know if Ms. Little reported that to Mr. Brown?

A    I have no idea.

Q    Do you think she should have?

A    Yes.

Q    Did you report that to Greg Brown?

A    I did not.

Q    So we could add that to your list of information that you didn't share?

A    Absolutely.

Q    Okay.  If you would turn the page for me.

A    Uh-huh.

Q    There's this mention of ▮▮▮ and some things that ▮▮▮ told ▮▮▮  Is this what we were talking about earlier?

A    Yes.

Q    Okay.  So it looks like at least a week after the original conversation you-all are again talking about the

things that ▮▮▮ told ▮▮▮ right?

A    Uh-huh.

Q    Okay.  Did you report it at this point?

A    Nope.

Q    Okay.  So that would be an additional thing that we could add that you didn't report?

A    Yes.

Q    Okay.  Okay.  If you would turn the page for me.  There's some additional messages on January 16th.  He's again asking you what was said during the admin meeting.  He says was anything said?  You say nope.  He responds good, I am surprised Tori isn't saying shit, honestly.  What's he talking about there?

A    I have no idea.

Q    Okay.  And you say she's usually pretty tight-lipped about high school dirty laundry.

A    What I mean by that is we don't walk into admin meetings and talk about all the things that are going on in our campuses, all the issues teachers are having with kids.  All of the Deb and Spencer hooking up supposably [sic] like we don't -- that's not what we talk about at admin.  So when I am talking about dirty laundry, I just mean all the things we don't walk in and be like oh, everything is wrong in my building right now.

Q    Well, you-all go on in the next page to -- to talk about

Q   What does he coach?

A   He doesn't coach anymore.

Q   What does he do?

A   He teaches at the high school.

Q   And who is Lingo?

A   That was Chris Lingo.

Q   Who is he?

A   He was a former school board member.

Q   Did he resign or he got voted off?

A   I don't know.  I don't remember.

Q   Do you know when that took place?

A   No.

Q   At this time was he a school board member?

A   I believe so, yes.

Q   Okay.  Do you see any reason why Toby and Lingo both gave me the side eye at the game or just the consensus that I am an asshole?  Do you see that?

A   Uh-huh.

Q   What are you talking about there?

A   I don't really know except that I felt like when I went to that volleyball game that they were giving me dirty looks and I didn't know why.  Like I don't know.

Q   Okay.  And then he says there at the bottom, he texted Cami -- looks like Lingo -- instead of coming to me when he got calls about ____ and I.  Do you see that?

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Sandi Wheeler 09/24/2025

Page 117

A    Yes.

Q    So as of January 19th you are now aware that Chris Lingo, a school board member, had gotten calls about Cole and ▓▓▓▓ right?

A    That's what he said.

Q    Did you report that to Greg Brown?

A    I did not.

Q    Do you know if Chris Lingo reported that to Greg Brown?

A    I do not.

Q    We can add that to the list of things that you failed to share, right?

A    Absolutely.

Q    I could do this for a long time, but there's going --

A    Yep.

Q    -- to be a lot of things in these messages that reflect things that you did not share with Greg Brown, right?

A    Yes.

Q    And you would agree with me, at least at this point in time as of January 19th, at least one school board member was getting calls about this alleged inappropriate relationship, right?

A    According to Cole.

Q    According to Cole. Did you talk to any school board members about this at that time?

A    I did not.

163

A    I don't know.  I mean, we have turnover all the time.

Q    (By Mr. Gentry)  Do you know if any of them left as a result of this issue?

A    I do not know.

Q    It looks like on the next page, kind of in the middle of the way down, I mean, you-all are having some conversations about renewal and things --

A    Uh-huh.

Q    -- and Cole says I just hope the board isn't going to let my personal life issues and the rumors that came with it sway their vote.  Do you see that?

A    Uh-huh.

Q    Again, we are talking about these rumors between him and ▮▮▮▮ right?

A    Uh-huh.

Q    That would be a yes again?

A    Yes.

Q    Okay.  That's okay.  I do the same thing.  Now, as I flip the pages here, like here I am at January 19.  I see some back and forth, and then the next time I see text messages are February 21st, for example.  I mean, a whole --

A    Uh-huh.

Q    -- month later, right?

A    Uh-huh.

Q    There's no doubt that in between January 19th and

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Sandi Wheeler 09/24/2025

Page 120

February 21st you and Cole were text messaging each other?

A    Yes.

Q    Okay.  But you deleted those messages, right?

A    Yes.

Q    How would I ever know now if Cole made a disclosure to you that you failed to report that were in those text messages between January 19th and February 21st?

A    You wouldn't.

Q    I would only have your word, correct?

A    Correct.

Q    Do you see that -- why that might be a problem in this case?

        MR. ELZA:  Objection, form.

A    Yes.

Q    (By Mr. Gentry)  Well, let's go a couple of pages to March 2nd.  Here is some conversation where he mentions -- is it Daria?  I -- am I saying that right?

A    I believe so, yes.

Q    Daria Walsh is talking mad shit on me at the bar last night.  Do you see that?

A    Yes.

Q    It goes on to provide brought up this whole story about me being at the track meet with ▮▮▮▮ right?

A    Yes.

Q    Again, did you report this to Greg Brown?

A    I did not.

Q    And you say she's an idiot and Spencer's an idiot, right?

A    Uh-huh.

Q    Hindsight is 20/20, but she's probably not so much of an idiot, is she, after what you know now?

A    No.  She was also talking about it -- this conversation was reported to Cole by ██████ father as far as I was told, so...

Q    She was spot on about the relationship between ██████ and Cole, wasn't she?

A    She was.

        MR. ELZA:  Can I -- just so the record is clear, would you just tell us who you are referring to when you said she on those questions.

        MR. GENTRY:  Daria Walsh.

        MR. ELZA:  Okay.  Last name?

        MR. GENTRY:  Walsh.

        MR. ELZA:  Okay.  Just -- just so it's there.  Thank you.

A    Well, her opinion about Cole doesn't mean she's not an idiot.  It just means she was right in this situation.

Q    (By Mr. Gentry)  Okay.  Cole goes on on the next page to say as of March 2nd that Daria Walsh told these people I am under investigation by our school board.  Do you see that?

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Sandi Wheeler 09/24/2025

Page 122

A    Yes.

Q    Do you know if he was under a formal investigation by the school board as of March 2nd?

A    No.

Q    If he was, do you think that that's something that would be reflected in his employment file?

A    It should be, yes.

Q    If it's made its way to the school board and they are now involved in an investigation, that's a pretty big deal, isn't it?

A    Yes.

Q    Okay.  And then he's joking about despite that fact I still got renewed 60, right?

A    Yes.

Q    Okay.  We go on a couple of pages.  He's now getting into it's kind of a big long text from him where he's quoting material or text that he's either received or seen.

A    Uh-huh.

Q    And, for example, talking about standing over her and flirting with her at some kind of sporting event, correct?

A    Uh-huh.

Q    Did you report any of that to Greg Brown?

A    I did not, because on the previous page there's a screenshot of a text between Cole and █████ father, so I didn't tell Mr. Brown.

Q    Okay.  And down the way here, and here's the next, and also this is coming from ▓▓▓▓ girlfriend that lives in Dalhart that there has to be a relationship between you-all. Did you report that allegation to Greg Brown?

A    I did not.

Q    Who is ▓▓▓▓

A    ▓▓▓▓ That would be Daria's son.

Q    How old is he?

A    He is a senior this year.

Q    Okay.  So at this point he's in high school, he's got a girlfriend in Dalhart.  And it looks like all the way out in Dalhart they are talking about the relationship between Cole and ▓▓▓▓ right?

A    Sounds like it.

Q    That didn't cause you any concern?

A    Knowing who we are talking about, no.

Q    If you had known what you know now about his history at AISD would it have caused you some concern?

A    Absolutely.

Q    Now, this is March 2nd, just a few days before the written directive.

A    Uh-huh.

Q    Brown has had -- and even Tori Little -- several different reports, complaints, suspicions, whatever you want to call them, teachers and coaches and members of the

Q    Give that to me one more time.  What's her official role?

A    Athletic facilitator.

Q    What does that mean?

A    She -- she teaches and coaches, but then she also manages the meals, the transportation, the -- the -- she's like the junior athletic -- the junior high athletic director.

Q    So now we have got someone from your building that's involved, right?

        MR. ELZA:  Objection, form.

A    Because she received this text.

Q    (By Mr. Gentry)  Okay.  This is from her to Ryan Daugherty, and she's talking about something she received from Kami Appelhans to include Cole taking ████████ home in his personal vehicle, correct?

A    That was a side note.  The actual text is regarding Coach Salazar and her shorts.

Q    Regardless, did you forward this on to Greg Brown?

A    I did not, because again, and I know it's against policy, however, it does say she had permission from ████████ dad.

Q    But the policy insures that you don't make this objective decision again about what is relevant and not relevant, right?

A    Correct.

Q    You shoot it up the chain and they do that?

A    Correct.

Q    Make sense why that occurs?

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Sandi Wheeler 09/24/2025

Page 126

A    Yes.

Q    But it didn't occur in this case?

A    Yes.

Q    Or at least with respect to this, correct?

A    Correct.

Q    Did you have any assistance at any point in time up to that point with these decisions about what's relevant and not relevant?

A    No.

Q    Did you discuss those with anybody?

A    No.

Q    Same thing with the text messages, did you discuss with anybody about what was relevant and not relevant in your production and your deletion?

A    No.

Q    You just did it?

A    Yes.

Q    The district nor its lawyers didn't give you any guidance on what to produce and not produce?

MR. ELZA:  Objection, form.  I instruct you not to answer.  It would be privileged if it existed.

Q    (By Mr. Gentry)  Take away the attorneys.  Did your district instruct on what to produce and not produce?

A    Yes.

170

her -- her administrators.  So when we say it was a report, it really didn't seem as though it was a report unless it was just to Coach Daugherty.  But she also included Coach Powell.

Q    I mean, not just Kami.  I mean, we are up to seven or eight things on your list as information you didn't share --

A    Yes.  We have absolutely compiled a list of things I should have shared with Mr. Brown.  In hindsight there are multiple things that I should have shared.

Q    Well, what's changed between now and then on what your understanding is of your obligations to report?

MR. ELZA:  Objection, form.

Q    (By Mr. Gentry)  Let me ask it a different way.  Have you received some kind of additional training that makes you think I should report those going forward?

A    No.

Q    Okay.  What's changed?

A    My heart for ███████████ is what tells me I should have reported.

Q    So it took the rape of a child for you to come to the conclusion that you should have been reporting these things?

MR. ELZA:  Objection, form.

A    No.

Q    (By Mr. Gentry)  Okay.  Then tell me what you mean, because I don't follow.

MR. ELZA:  Objection, asked and answered.

A    So what's your question?  Your question is should have I have reported?  Yes.  Did I?  No.  Should I have known policy better?  Yes.  But I also believed someone who provided to me information from ▉▉▉▉ father that everybody was aware.  That Stewart was aware of the rumors, and that it was not true.  And I didn't have a reason not to believe him.  But I should have reported it.

Q    Regardless?

A    Regardless.

Q    Per policy?

A    Per policy.

Q    You would agree with me that there seems to be a plethora of policy violations in this case?

A    Yes.  Well, I don't know the -- I don't know the whole case.  And in my situation, yes, there were multiple times I should have reported.

Q    Couple of pages for me to March 4th here.  Starts with someone also told him.  Do you see that?

A    Yes.

Q    About me eavesdropping on the call with Wes Beal.  This was something that he got in trouble for, right?

A    Yes.

Q    And he's telling you about it?

A    Yes.

Q    It says who did you tell besides me?  He says no idea.

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Sandi Wheeler 09/24/2025

Page 133

I'll send you my directives.  Is that that March 4th written directive that we have talked about?

A    Yes.

Q    Did you ultimately receive that from Cole?

A    Yes.

Q    You had to receive it from the perpetrator not the superintendent, right?

A    Yes.

Q    So you would have been aware as of March 4th that he had received written directives not to do certain things?

A    Yes.

Q    Following March 4th, were you aware that he had violated those directives?

A    No, I was not.

Q    He tells you where, by the way, both times I drove her.  It looks like earlier you said you were only aware of one time.

A    I was only aware of one time.

Q    Well --

A    Why he said both, I don't know.  And I didn't question it, and I should have.

Q    But did you report it?

A    No.

Q    You respond I hate that this had to happen, but it's like I told you, he's trying to protect you and the district.  What

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Sandi Wheeler 09/24/2025

Page 137

Klafka not mattering. (Inaudible), you are a piece of shit if you win. Be a winner. I think that's probably...

A     That was in reference to athletic and -- and the fact that Klafka is less than stellar in my opinion as a human and as a coach. However, when his teams win, people hire coaches who win.

Q     Okay.

A     Sometimes regardless of their attitudes or personalities or how they treat others. So that was -- that was in regards to coaching.

Q     Okay. Keep flipping a couple of pages for me to this kind of long text from Cole. He mentions kind of there in the middle just let me know if you hear anything. That's again him asking you for information that you are privy to, right?

A     I suppose.

Q     Do you see now the issue with telling the alleged perpetrator information that you receive about him?

A     Yes.

Q     Okay. Were you talking to Tori Little about any of these allegations at this time?

A     No. I -- well, I spoke to her the day Delma called her. That was the only conversation I recall having with her about the situation.

Q     What did you talk with her about?

A     I just talked to her after she got off the phone with

Delma. I said is there evidence? Have we -- you know, do you believe Cole? And she said yes. I was -- I investigated, and I didn't find anything.

Q   Who investigated?

A   Tori said she did.

Q   Tori Little apparently did her own investigation?

A   As far as I know.

Q   Do you think if she did that that would be, for example, in his employment file?

A   I think it should be.

MR. ELZA:   Objection, form.

A   I don't know if it is or not.

Q   (By Mr. Gentry)   Then lastly here, this conversation with Ms. Habethur that you were privy to, can you tell me what she told Tori Little?

A   Not word-for-word, no. When Tori --

Q   In your best recollection?

A   Tori spoke to her on the phone. She did not have it on speaker. It was -- we were driving in a noisy school van, so I couldn't hear what Delma said. But what I understood it was Delma said a coach who used to work at Perryton reported to her that there were concerns regarding Cole's relationship with ▮▮▮▮▮▮▮

Q   So a coach made some reports to her and that was something that bothered her?

A    That Delma felt --

MR. ELZA:  Objection, form.

A    -- that Tori needed to know.

Q    (By Mr. Gentry)  What about the boys at the track meet that made several disclosures to her?  Do you remember any of that?

A    I don't know anything about that.

Q    What about her observations of Cole and Natalee at the Christmas basketball tournament?

A    I don't know anything about her conversations about that either.

Q    If a school administrator from another district calls and makes a report to a school administrator at your district, would you agree with me that it has become a pretty big deal at that point?

MR. ELZA:  Objection, form.

A    Yes.

Q    (By Mr. Gentry)  And that that report is something that should have been taken seriously?

A    Yes.

Q    Any idea why there is not a single write up about that report anywhere?

MR. ELZA:  Objection, form.

A    No idea.  Again, he wasn't my employee, so it wasn't my -- I am not privy to his file.

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Sandi Wheeler 09/24/2025

Page 140

Q   (By Mr. Gentry)  I think you told Cole in the text messages it's your understanding that Tori Little was not going to tell Greg Brown about that.

A   Right.  But Tori and I didn't have a conversation about it.  I just didn't know why Tori would tell him if they had already -- my understanding was Tori had already investigated and it was...

Q   Yeah, but this is a subsequent report from an administrator, correct?

A   Yes.

        MR. ELZA:  Objection, form.

Q   (By Mr. Gentry)  I mean, it doesn't get any bigger than that, does it?

        MR. ELZA:  Objection, form.

A   Well, it can get bigger than that, I am sure.

Q   (By Mr. Gentry)  Well, I mean, from an administrator to an administrator, she's got the same understanding, for example, of Title 9 that you guys would, right?

        MR. ELZA:  Objection, form.

A   She should, yes.

Q   (By Mr. Gentry)  That a parent might not have?

        MR. ELZA:  Objection, form.

A   Yes.

Q   (By Mr. Gentry)  And I know from the deposition yesterday it's been unclear whether Ms. Little actually told him or not.

access to that?

A    We all share -- well, I shouldn't say we all.  We share our calendars with the people that are relevant to us.  As far as like on my campus I share my calendar with my assistant principal and my counselors and my secretary so that they are aware of when to schedule meetings, when we are available, that sort of thing.

So I can't speak for how he knew for sure, but I can say that my assumption is that their calendars are shared.  I share my calendar with Mr. Brown so he knows where I am and what's going on.

Q    Last couple of things here.  Back to your production of these text messages.  Were you supervised by anyone in any way with respect to your production?

A    Of the text messages?

Q    Uh-huh.

A    Like I said, no.  I mean, we were told to produce, and so I went through.  And if it had to do with Cole and ███████ I printed it.  I mean, I don't think you guys want the pictures of my son with his pickup and conversations that Cole should dress as Ted Lasso for Halloween.

Q    Did you have any questions of anyone at PISD about what to produce as you were going through there?

A    Not that I am aware of.

Q    Okay.  Did you ever question any kids about any of these

# Exhibit 10

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Greg Brown 09/23/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

S.J., a Parent, Conservator,    )
and Next Friend of N.J.,        )
        Plaintiff,              )
                                )
vs.                             )    Case No. 2:24-CV-00168-Z
                                )
PERRYTON INDEPENDENT SCHOOL     )
DISTRICT, and                   )
                                )
COLE UNDERWOOD, Individually    )
and in his official capacity a  )
Athletic Director of Perryton   )
ISD,                            )
        Defendants.             )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEOTAPED AND ORAL DEPOSITION OF

GREG BROWN

HAD ON THE

23RD DAY OF SEPTEMBER, 2025

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WORD FOR WORD REPORTING, L.L.C
620 NORTH ROBINSON, SUITE 202
OKLAHOMA CITY, OKLAHOMA 73102
(405)232-9673

REPORTED BY:  DARLA RILEY, CSR

APPEARANCES


FOR THE PLAINTIFF:

Mr. Tyler L. Gentry
Mr. Kyle Goodwin
GOODWIN LEWIS, PLLC
420 Northwest 6th Street, Second Floor
Oklahoma City, Oklahoma  73102
(405) 900-5700



FOR THE DEFENDANT, PERRYTON INDEPENDENT SCHOOL DISTRICT:

Mr. Slater Elza
UNDERWOOD LAW FIRM
Post Office Box 9158
Amarillo, Texas  79105
(806) 376-5613
(806) 379-0316 FAX




Also Present:  Mr. Stewart Johnson

Mr. Brad Snyder, Videographer

forth.

Q    Did they -- did Sandi breach any trust with the -- Ms. Wheeler, did she breach any trust with the school district?

A    Yes, I would say she would probably admit that too. She had admitted me -- to me that she did.

Q    What -- how did she breach that trust?

A    She was a confidant with Cole, and Cole would ask her things about if I had said anything in an -- in an administrative meeting. Asked her how to handle certain things. He -- he consulted her after I issued the write-up. So I would say she was a confidant.

Q    And I think I asked you this question, but she is not here anymore, correct?

A    No, Sandi Wheeler is the principal at the junior high. You're going to be talking with her tomorrow.

Q    She's still here?

A    Yes.

Q    Okay. I am having problems reading your writing on the next bullet point. Pull --

A    I understand.

Q    Pull somebody. Who is that?

A    I was having...

Q    Is it █████

A    ███████████████        █████ out of class, acting

# Exhibit 11

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Gregory Brown 02/17/2026

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

S.J. a Parent, Conservator,        )
and Next Friend of N.J.,           )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )   Case No. 2:24-CV-00168-Z
                                   )
PERRYTON INDEPENDENT SCHOOL        )
DISTRICT, and COLE UNDERWOOD,      )
Individually and in his           )
official capacity as Athletic      )
Director of Perryton ISD,          )
                                   )
        Defendants.                )

CONTINUATION OF THE DEPOSITION OF

GREGORY MARK BROWN

TAKEN ON BEHALF OF THE PLAINTIFFS

IN PERRYTON, TEXAS

ON FEBRUARY 17, 2026

WORD FOR WORD REPORTING, L.L.C.
620 NORTH ROBINSON
SUITE 202
OKLAHOMA CITY, OKLAHOMA   73102
(405)232-9673

REPORTED BY:  JENESSA KENDALL KALSU, CSR

APPEARANCES

For the Plaintiff:

KYLE GOODWIN
Attorney at Law
420 N.W. 6th Street
Second Floor
Oklahoma City, Oklahoma  73102
kgoodwin@goodwinlewis.com


For the Defendant:

MR. SLATER ELZA
Attorney at Law
Post Office Box 9158
Amarillo, Texas  79105
slater.elza@uwlaw.com

A    That name does not ring a bell.

Q    Were you aware that ▮▮▮▮▮▮ also apparently took pictures at the same time ▮▮▮▮ did?

A    No.

Q    Have you looked through those pictures that ▮▮▮▮ provided?

A    No.  As I said, I don't remember him providing any pictures.

Q    Have you done anything, subsequent to our last deposition, to investigate this further or do anything further?

A    No.

Q    Have you done anything about Sandi Wheeler's deletion of text messages?

A    Yes.

Q    What did you do?

A    Um, I've done two things:  One, I directed her to try to retrieve them; and I also issued a written reprimand to her for -- for deleting the text messages when she was instructed to turn over every communication between Cole Underwood and her as an administrator, regardless of the content. That was what was asked for in discovery.

Q    And where do we stand on retrieving those

S.J. vs PERRYTON ISD and COLE UNDERWOOD
Gregory Brown 02/17/2026

Page 297

additional text messages?

A    Um, she spent about, I would say, two-and-a-half weeks trying to -- talking with Apple corporation and talking with Verizon and was not able to retrieve them.  She talked to both companies.  She has recordings of -- at least one recording of a company representative telling her that unless she kept them on her phone, that those have been deleted from their servers.

Q    So those text messages that she chose to delete, they're forever gone?

A    According to what the companies told Sandi, yes.

Q    Have you done anything on your own to follow-up whether those could be retrieved?

A    No.

Q    Do you anticipate doing -- taking any other action against Ms. Wheeler for deleting those text messages?

A    Not at this time, no.

Q    So were you here about a month ago when Mr. Beal was deposed, sir?

A    I was here in town, yes, I believe.

Q    When I say "here," were you here in the -- present during his deposition?