IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| S.J., as Parent, Conservator, and Next Friend of N.J., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| PERRYTON INDEPENDENT SCHOOL DISTRICT, and | § § § | CASE NO. 2:24-cv-00168-Z |
| COLE UNDERWOOD, Individually and in his official capacity as Athletic Director of Perryton ISD, | § § § § § § | |
| Defendants. | § § | |

**DEFENDANT PERRYTON INDEPENDENT SCHOOL DISTRICT'S
MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Perryton Independent School District ("Perryton ISD" or "District") moves the Court to grant summary judgment in favor of Defendant on all claims pursuant to Federal Rule of Civil Procedure 56.

**GROUNDS FOR SUMMARY JUDGMENT**

Plaintiff S.J., as Parent, Conservator, and Next Friend of N.J., asserts claims against Perryton ISD under (1) 42 U.S.C. Section 1983 for violations of the Fifth Amendment and Fourteenth Amendment to the U.S. Constitution; and (2) Title IX of the Education Amendments of 1972. Plaintiff further seeks to hold Defendant Perryton ISD responsible for claims asserted against Defendant Underwood, acting in his official capacity, under (1) 18 U.S.C. Section 2251(a) and 18 U.S.C. Section 2422(b) for sexual exploitation and sexual abuse of a child; (2) gross

negligence; and (3) intentional infliction of emotional distress. Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1(d), the elements of each claim or defense as to which summary judgment is sought are more fully articulated in Defendant's accompanying Brief in Support of Defendant's Motion for Summary Judgment (the "Brief"), which sets forth the legal and factual grounds for summary judgment. As explained in the Brief, which is incorporated herein by reference, Defendant is entitled to summary judgment for each of the following reasons, any of which is sufficient to support a summary judgment in Defendant's favor:

a. Plaintiff's Section 1983 claim against Defendant Perryton ISD fails as a matter of law. Specifically, Plaintiff (1) cannot establish an unconstitutional policy based on a widespread practice or custom; (2) cannot establish deliberate indifference by Perryton ISD; (3) cannot establish liability under Section 1983 as the result of negligent hiring practices; and (4) cannot establish liability under Section 1983 based on the theory of state-created danger.

b. Plaintiff's Title IX claim against Defendant Perryton ISD also fails as a matter of law. Specifically, Plaintiff cannot show a District employee with authority to take action had actual knowledge of an inappropriate sexual relationship but failed to act or otherwise acted with deliberate indifference.

c. Defendant Perryton ISD is entitled to summary judgment on Plaintiff's claim for damages. Specifically, Plaintiff (1) cannot recover punitive or exemplary damages from Defendant Perryton ISD; (2) cannot recover damages for emotional distress from Defendant Perryton ISD; and (3) recovery of actual or compensatory damages is limited and must be based on concrete evidence.

d. Plaintiff's claims against Defendant Underwood in his official capacity are actions against the District and fail as a matter of law. Specifically, (1) Plaintiff cannot establish any

element of 18 U.S.C. 2251(a) against Perryton ISD; and (2) Perryton ISD is immune from tort claims against Defendant Underwood in his official capacity.

Defendant requests that the Court grant this Motion for Summary Judgment based on any (or all) of the alternative reasons set out in this Motion and its accompanying Brief. Defendant requests the Court enter an order in favor of Defendant dismissing this lawsuit against Perryton ISD with prejudice in its entirety.

Respectfully submitted,

/s/ *Slater C. Elza*

Slater C. Elza
State Bar No. 24000747
slater.elza@uwlaw.com
Fred A. Stormer
State Bar No. 24013579
fred.stormer@uwlaw.com
**UNDERWOOD LAW FIRM P.C.**
P.O. Box 9158
Amarillo, TX 79105
Tel:  (806) 376-5613
Fax:  (806) 379-0316

Janet Sobey Bubert
State Bar No. 24036281
janet.bubert@uwlaw.com
**UNDERWOOD LAW FIRM, P.C.**
600 Bailey Avenue, Suite 200
Fort Worth, TX  76107
Tel: (817) 885-7529
Fax: (817) 439-9922

ATTORNEYS FOR DEFENDANT,
PERRYTON INDEPENDENT SCHOOL DISTRICT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties of record via the Court's Electronic Filing System on the 27th day of March, 2026.

/s/ Slater C. Elza
Slater C. Elza