**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **S.J., as Parent, Conservator,** | § | |
| **and Next Friend of N.J.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **PERRYTON INDEPENDENT** | § | **CASE NO. 2:24-cv-00168-Z** |
| **SCHOOL DISTRICT, and** | § | |
| | § | |
| **COLE UNDERWOOD,** | § | |
| **Individually and in his official** | § | |
| **capacity as Athletic Director of** | § | |
| **Perryton ISD,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT ADVISORY REGARDING ESTIMATED LENGTH OF TRIAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, S.J., as Parent, Conservator and Next Friend of N.J. (the "Plaintiff") and

Perryton Independent School District (the "Defendant") and file this Joint Advisory Regarding

Estimated Length of Trial ("Joint Advisory"), as required by the Court's First Amended

Scheduling Order [Doc. #43], which was entered by the Court on August 22, 2025.

### ESTIMATED LENGTH OF TRIAL

1.      The parties estimate the length of this trial for presentation of the evidence will be

nine (9) days, with Plaintiffs expecting to need 6 days and Defendant expecting to need 3 days for

their respective cases in chief.

### JURY TRIAL REQUESTED

2.      Additionally, this Joint Advisory will confirm that Plaintiff is requesting a jury trial.

Dated: June 19, 2026

Respectfully submitted,

By:    */s/ Tyler. L. Gentry*
Tyler L. Gentry, OBA No. 32400
Kyle Goodwin, OBA No. 17036 and SBN 24117975
GOODWIN / LEWIS / CASON / GENTRY
420 NW 6th St., 2nd Floor
Oklahoma City, Oklahoma  73102
(405) 900-5700
tgentry@goodwinlewis.com
kgoodwin@goodwinlewis.com

and

Brian P. Heinrich, SBN 09382320
MAYFIELD HEINRICH RAHLFS WEABER & PARSONS, LLP
320 S. Polk, Suite 1000
Amarillo, Texas  79101
(806) 242-0152
Fax:  (806) 242-0159
brian@mhrwp.com

**Attorneys for Plaintiffs**

By:    */s/ Slater Elza*
Slater C. Elza
State Bar No. 24000747
slater.elza@uwlaw.com
Fred Stormer
State Bar No. 24013579
fred.stormer@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
P.O. Box 9158
Amarillo, Texas  79105
(806) 376-5613
Fax: (806) 379-0316

Janet Sobey Bubert
State Bar No. 24036281
Janet.bubert@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
600 Bailey Avenue, Suite 200
Fort Worth, Texas  76107
(817) 885-7529
Fax: (817) 439-9922

***Attorneys for Defendant***