**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| 1) | **S.J., as parent, Conservator, and Next Friend of N.J.,** | § § § |
| | **Plaintiff,** | § § § |
| | **v.** | § § § |
| 2) | **PERRYTON INDEPENDENT SCHOOL DISTRICT, and** | § § § |
| 3) | **COLE UNDERWOOD, individually and in his official capacity as Athletic Director of Perryton ISD,** | § § § § **Case No. 2:24-CV-00168-Z** |
| | **Defendants.** | § § § |

## PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURES

Plaintiff, S.J., as parent, Conservator, and Next Friend of N.J., pursuant TO FED. R. CIV. P. 26(a)(3) and the Court's *First Amended Scheduling Order*, provides the following pretrial disclosures.

1.     FED. R. CIV. P. 26(a)(3)(A)(i) – Witnesses Plaintiff expects to present

| Name | Address / Telephone Number |
|---|---|
| N.J., minor | c/o Plaintiff's counsel |
| S.J., N.J.'s father | c/o Plaintiff's counsel |
| H.F. | P: (806) 228-0424 |
| Cole Underwood | FCI Greenville<br>100 US Highway 40<br>Greenville, IL 62246<br>P: (618) 664-6200 |
| Dacey Smith FKA Dacey Underwood | c/o Defendant's counsel |
| Greg Brown | c/o Defendant's counsel |

1

| Donna Hale | c/o Defendant's counsel |
|---|---|
| Wesley Beal | c/o Defendant's counsel |
| Jed Symons | c/o Defendant's counsel |
| Bryce Hale | c/o Defendant's counsel |
| Ramon Vela | c/o Defendant's counsel |
| Duce Cooper | c/o Defendant's counsel |
| Chris Lingo | c/o Defendant's counsel |
| Sarah Tregellas | c/o Defendant's counsel |
| Tori Little | c/o Defendant's counsel |
| Sandi Wheeler | c/o Defendant's counsel |
| Rhyan Daugherty | c/o Defendant's counsel |
| Francisco Zavala | c/o Defendant's counsel |
| Abby Feger | c/o Defendant's counsel |
| Casey Arruda | c/o Defendant's counsel |
| Frank Pacheko | c/o Defendant's counsel |
| Kami Appelhans | c/o Defendant's counsel |
| Kurt Haberthur | P: (806) 336-1246 |
| James Mireles | 26629 St Hwy 76<br>Blanchard, OK 73010<br>P: (620) 272-3160 |
| Delma Haberthur | P: (806) 717-7413 |
| Spencer Dutcher | P: (806) 228-1551 |
| Ethan Kerl | P: (580) 754-1723 |

2

| | |
|---|---|
| Courtney Jenkins | c/o Defendant's counsel |
| Kori Clements | P: (806) 679-1802 |
| Deborah Molina | P: (806) 330-2494 |
| Jason Pillion | P: (806) 316-0372 |
| Malissa Thomas | P: (806) 228-0410 |
| Kristen Blackshear | P: (806) 228-0537 |
| Michael Blackshear | P: (806) 228-0531 |
| Savanna Pshigoda | P: (806) 228-3111 |
| Jason Pshigoda | P: (806) 228-3114 |
| Bradley Rowland | P: (806) 228-6785 |
| Laquita Rowland | P: (806) 202-0494 |
| Holdyn Rowland | 609 S Grinnell St<br>Perryton, TX 79070<br>P: (806) 202-6785 |
| Aubrey Rowland FKA Aubrey Daughtery | 609 S Grinnell St<br>Perryton, TX 79070<br>P: (806) 202-6785 |
| Christie Estrada | P: (806) 202-1727 |
| Derya Walsh | P: (806) 202-2838 / (806) 434-0162 |
| Kaiden Anthony Walsh | P: (806) 202-2919 |
| Doug Loomis | P: (806) 326-1000 |
| Abby Lenz | P: (214) 307-2788 |
| Bobbi Britto | P: (806) 356-9047 |
| Randi Cunningham | c/o Defendant's counsel |
| Katie Hathaway | P: (806) 590-1816 |

3

2.     FED. R. CIV. P. 26(a)(3)(A)(i) – Witnesses Plaintiff may call if the need arises

| Name | Address / Telephone Number |
|---|---|
| Paige Waide | c/o Defendant's counsel |
| Shaun Lynch | c/o Defendant's counsel |
| Tessa Powell | c/o Defendant's counsel |
| Grayson Carter | P: (806) 679-0503 |
| Jarrah Ivy | P: (806) 282-9294 |
| Kristy Reynosa | P: (806) 676-3899 |
| Dane Staggs | Contact information unknown |
| Malee Vela | Contact information unknown |
| Emma Martinez | Contact information unknown |
| Juliette Mier | Contact information unknown |
| Cooper Schilling | Contact information unknown |
| Jaret Rowlan | Contact information unknown |
| Garret Townsend | c/o Defendant's counsel |
| Chris Simmons | c/o Defendant's counsel |
| Klaudia Johnson | c/o Defendant's counsel |
| Cassidy Cree Smith-Toliver | P: (405) 990-8600 |
| Joe Ogden | c/o Defendant's counsel |
| Tyler Merkel | c/o Defendant's counsel |
| Richard Beyea | c/o Defendant's counsel |

| | |
|---|---|
| Loyd Carter | c/o Defendant's counsel |
| Jeff Schollenbarger | c/o Defendant's counsel |
| Zoe Salazar | c/o Defendant's counsel |
| Abbigale Harris | c/o Defendant's counsel |
| Shona Mount | c/o Defendant's counsel |
| Evelyn Tarango | c/o Defendant's counsel |
| Any witnesses necessary to authenticate or identify records. | |
| Any witnesses necessary for impeachment or rebuttal purposes. | |
| Any witnesses disclosed by Defendant and not objected to by Plaintiff. | |
| Any individuals identified in either party's initial disclosures or discovery responses and not objected to by Plaintiff. | |
| Any individuals identified in Defendant's Rule 26(a)(3) disclosures and not objected to by Plaintiff. | |

3.    FED. R. CIV. P. 26(a)(3)(A)(iii) – Exhibits

| |
|---|
| Records from Northen District Case No. 2:24-MJ-053, including Criminal Complaint, Criminal Indictment, Plea Agreement, Factual Resume, Report and Recommendation |
| Cole Underwood's Amarillo ISD file |
| Records from Northen District Case No. 2:23-CV-25, including Complaint and any amendments thereto,  Mediation correspondence, and Dismissal |
| 2017-10-19 News 10 article |
| 2019-01-17 Amarillo Globe-News article |
| 2023-02-23 4 News article |
| Text messages between Cole Underwood and Greg Brown |
| Text messages between Cole Underwood and Tori Little |

5

| |
|---|
| Text messages between Cole Underwood and Sandi Wheeler |
| Text messages between Cole Underwood and S.J. |
| Text messages between Cole Underwood and Dacey Smith FKA Dacey Underwood |
| Text messages between Cole Underwood and Malissa Thomas |
| Text messages between Greg Brown and Perryton ISD School Board |
| Text messages between Greg Brown and Wes Beal |
| Text messages between Greg Brown and Bryce Hale |
| Text messages between Greg Brown and Sarah Tregallas |
| Text messages between Greg Brown and Jed Symons |
| Text messages between Greg Brown and Ramon Vela |
| Text messages between Brooke Hale and Courtney Jenkins |
| Text messages between S.J. and Chris Lingo |
| Text messages between S.J. and Bryce Hale |
| Text messages between S.J. and Greg Brown |
| Text messages between S.J. and Kami Appelhans |
| Love letters from Cole Underwood to N.J. |
| Social media posts/pictures involving Cole Underwood and N.J. |
| Parent Square messages between Cole Underwood and N.J. |
| 2024-03-04 PISD letter to Cole Underwood |
| 2024-03-04 Cole Underwood Employment Contract |
| Various employment application(s) and references for Cole Underwood |

| |
|---|
| 2024-03-04 S.J. email to PISD |
| 2024-04-22 PISD letters to Cole Underwood |
| 2024-04-23 Cole Underwood grievance against PISD |
| 2024-04-24 Cole Underwood resignation |
| 2024-04-25 PISD letter to Cole Underwood |
| 2024-04-25 PISD letters to S.J. and H.F. |
| 2024-04-25 PISD letter to Texas Education Agency |
| PISD Greg Brown Investigation notes regarding Cole Underwood |
| Cole Underwood's PISD file |
| 2024-04-25 PISD Press Release |
| 2024-08-09 PISD Press Release |
| 2025-05-02 AthleticBusiness Article re "extensive staff training program" |
| 2024-11-13 Anonymous Letter received |
| N.J.'s records and billing from Living Hope Counseling |
| N.J.'s records and billing from The Bridge |
| N.J.'s medical records |
| N.J.'s Yukon Public Schools Section 504 records |
| N.J.'s Victim Impact Statement from Northen District Case No. 2:24-MJ-053 |
| S.J.'s ExxonMobil Retirement Statement |
| S.J.'s records from Living Hope Counseling |
| S.J.'s U-Haul receipt |

| |
|---|
| Facebook posts from Lexi Nicole Wiggins |
| Text messages between Holdyn Rowland and Duce Cooper |
| Pictures taken by Holdyn Rowland |
| Pictures taken by Jaret Rowlan |
| PISD security camera videos |
| Emails from S.J. |
| Emails regarding check registers |
| Emails regarding Underwood's marriage |
| Emails regarding propped doors |
| Emails regarding ParentSquare admins |
| Emails regarding cameras |
| Emails regarding Little recommendation |
| Emails regarding Wheeler recommendation |
| Emails regarding AD job |
| Emails regarding N.J.'s issues |
| Emails regarding N.J. meeting request |
| Emails regarding Chum complaint |
| Emails regarding Underwood meeting with basketball team |
| Emails regarding Underwood January meeting with Brown |
| Emails regarding Underwood recommendation for renewal of contract |
| Emails regarding Zoe Salazar |

| |
|---|
| Emails regarding Underwood's contract |
| Emails regarding texts about Underwood |
| Emails regarding Kami Appelhans |
| Emails regarding post-arrest statement |
| Emails regarding Dacey post-arrest |
| Emails regarding Dacey eviction notice |
| Emails regarding Brown to coaches |
| Emails regarding Ericson |
| Emails regarding request of Underwood to return property |
| Emails regarding Underwood reaching out after termination |
| Emails regarding Harris regarding Underwood contact |
| Emails regarding teachers resigning |
| Emails regarding "work to do" |
| Emails regarding Shona Mount |
| Emails regarding preservation of evidence |
| Emails regarding student survey |
| PISD Employee Handbook |
| PISD Athletic Code of Conduct |
| PISD policies and procedures, AA, *et al*. |
| PISD Title IX Presentation for Employees |
| PISD Title IX Formal Complaint Procedures |

| |
|---|
| PISD Training Course Completion logs |
| PISD Principals and Directors Agenda(s) |
| PISD camera access logs |
| Cole Underwood emails regarding camera access |
| Any filings in this case |
| Any of Defendant's written discovery responses, including answers to Interrogatories and Requests for Admission and any supplementation |
| Any documents exchanged by either party in discovery and not objected to by Plaintiff |
| Any documents produced in either party's initial disclosures or discovery responses and not objected to by Plaintiff. |
| Any exhibits identified in Defendant's Rule 26(a)(3) disclosures and not objected to by Plaintiff. |
| Any and all enlargement of exhibits. |
| Any and all demonstrative exhibits or aids to the Court summarizing any of Plaintiff's exhibits. |
| Any and all documents needed by Plaintiff for impeachment or cross-examination. |

Respectfully submitted,


/s/ *Tyler. L. Gentry*
Tyler L. Gentry, OBA No. 32400
Kyle Goodwin, OBA No. 17036 and
SBN 24117975
GOODWIN / LEWIS / CASON / GENTRY
420 NW 6th St., 2nd FL
Oklahoma City, OK 73102
P: (405) 900-5700
tgentry@goodwinlewis.com
kgoodwin@goodwinlewis.com

and

MAYFIELD HEINRICH RAHLFS
WEABER & PARSONS, LLP
Brian P. Heinrich, SBN 09382320
320 S. Polk, Suite 1000
Amarillo, Texas 79101
(806) 242-0152 – Telephone
(806) 242-0159 – Fax
brian@mhrwp.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties of record via regular and electronic mail on the 8th day of July 2026.

/s/ *Tyler. L. Gentry*
Tyler L. Gentry

11