IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| S.J., as Parent, Conservator, and Next Friend of N.J., § § § | |
| Plaintiff, § | |
| v. § | |
| § | |
| PERRYTON INDEPENDENT § SCHOOL DISTRICT, and § § | CASE NO. 2:24-cv-00168-Z |
| COLE UNDERWOOD, § Individually and in his official § capacity as Athletic Director of § Perryton ISD, § § | |
| Defendants. § | |

## DEFENDANT PERRYTON INDEPENDENT SCHOOL DISTRICT'S RULE 26 (a)(3) DISCLOSURES

TO:   Plaintiff, S.J. as Parent, Conservator and Next Friend of N.J, by and through their attorneys of record R Tyler L. Gentry and Kyle Goodwin of Goodwin Lewis, PLLC, 420 NW 6th St., 2nd FL, Oklahoma City, OK 73102; and Brian P. Heinrich of Mayfield Heinrich Rahlfs Weaber & Parsons, LLP, 320 S. Polk, Suite 1000, Amarillo, Texas 79101

Defendant, Perryton Independent School District, provides the following disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3).

### I. WITNESSES

**A.   Witnesses Defendant Expects to Call at Trial**

| | Witness | Contact Information | Subject Testimony |
|---|---|---|---|
| 1. | S.J. | Care of counsel for Plaintiff | Plaintiff; testimony concerning the factual basis of Plaintiff's claims and Perryton ISD's defenses and damages incurred. |

|  | Witness | Contact Information | Subject Testimony |
|---|---|---|---|
| 2. | N.J. | Care of counsel for Plaintiff | Minor Plaintiff; Testimony concerning the factual basis of Plaintiff's claims and Perryton ISD's defenses and damages incurred. |
| 3. | H.F. | 13590 Co. Rd 15, Perryton, TX 79070 Phone: 580.338.5443 | Minor Plaintiff's Mother; Testimony concerning the factual basis of Plaintiff's claims, interaction and friendship between Cole Underwood and S.J., and Perryton ISD's defenses, and damages incurred. |
| 4. | Greg Brown | Care of counsel for Defendant | Perryton ISD Superintendent; Testimony concerning the factual basis of Plaintiff's claims and Perryton ISD's defenses, reports about the relationship between N.J. and Cole Underwood and his responses to same; Perryton ISD's policies/procedures and implementation of same. |
| 5. | Tori Little | Care of counsel for Defendant | Perryton ISD High School Principal; Testimony concerning the factual basis of Plaintiff's claims and Perryton ISD's defenses, reports about the relationship between N.J. and Cole Underwood and administration's responses to same; Perryton ISD's policies/procedures and implementation of same. |

## B.    Witnesses Defendant May Call, If the Need Arises

|  | Witness | Contact Information | Subject Testimony |
|---|---|---|---|
| 1. | Cole Underwood (Registered No. 19051-511) | Greenville Federal Correction Institution 100 U.S. Hwy 40 Greenville, IL 62246 Phone: 618.664.6200 | Defendant; Testimony concerning the factual basis of Plaintiff's claims and Perryton ISD's defenses, personal relationships with N.J. and S.J., and employment history. |

|  | Witness | Contact Information | Subject Testimony |
|---|---|---|---|
| 2. | Dacey Underwood, aka Dacey Smith | 1510 FM 294 White Deer, TX 79097<br><br>Phone: 806.679.5262 | Cole Underwood's wife/ex-wife and former PISD employee; Testimony concerning observations of Underwood; her knowledge of complaints made to Perryton ISD regarding Underwood and N.J. |
| 3. | Donna Hale | 179 Private Road 207 Bowie, TX 76230<br><br>Phone: 806.662.0392 | Former Perryton ISD Assistant Superintendent and Title IX Coordinator; Testimony concerning the factual basis of Plaintiff's claims and Perryton ISD's defenses, reports about the relationship between N.J. and Cole Underwood and administration's responses to same; Perryton ISD's policies/procedures and implementation of same. |
| 4. | Duce Cooper | Care of counsel for Defendant | Member of Perryton ISD School Board; Testimony concerning reports from students of observations of Cole Underwood and NJ and his subsequent notification of such reports to Greg Brown and Greg Brown's response. |
| 5. | Wes Beal | Care of counsel for Defendant | Member of Perryton ISD School Board; Testimony concerning reports from Greg Brown and community members about the relationship between N.J. and Cole Underwood, knowledge of complaints made to Amarillo ISD regarding Cole Underwood; Board decision to hire Cole Underwood as Head Football Coach and AD. |
| 6. | Richard Beyea | Care of counsel for Defendant | Former member of Perryton ISD School Board; Testimony concerning reports from Greg Brown and community members about the relationship between N.J. and Cole Underwood, knowledge of complaints made to Amarillo ISD regarding Cole Underwood; Board decision to hire Cole Underwood as Head Football Coach and AD. |
| 7. | Ramon Vela | Care of counsel for Defendant | Former member of Perryton ISD School Board; Testimony concerning reports from Greg Brown and community members about the relationship between N.J. and Cole Underwood, knowledge of complaints made to Amarillo ISD regarding Underwood; Board decision to hire Cole Underwood as Head Football Coach and AD. |

| | Witness | Contact Information | Subject Testimony |
|---|---|---|---|
| 8. | Christopher Lingo | Care of counsel for Defendant | Member of Perryton ISD School Board; Testimony concerning reports from Greg Brown and community members about the relationship between N.J. and Cole Underwood, knowledge of complaints made to Amarillo ISD regarding Cole Uderwood; Board decision to hire Cole Underwood as Head Football Coach and AD. |
| 9. | Jed Symons | Care of counsel for Defendant | Member of Perryton ISD School Board; Testimony concerning reports from Greg Brown and community members about the relationship between N.J. and Cole Underwood, knowledge of complaints made to Amarillo ISD regarding Cole Underwood; Board decision to hire Cole Underwood as Head Football Coach and AD. |
| 10. | Sarah Tregellas | Care of counsel for Defendant | Former member of Perryton ISD School Board; Testimony concerning reports from Greg Brown and community members about the relationship between N.J. and Cole Underwood, knowledge of complaints made to Amarillo ISD regarding Cole Underwood; Board decision to hire Cole Underwood as Head Football Coach and AD. |
| 11. | Bryce Hale | Care of counsel for Defendant | Member of Perryton ISD School Board; Testimony concerning reports from Greg Brown and community members about the relationship between N.J. and Cole Underwood, knowledge of complaints made to Amarillo ISD regarding Cole Underwood; Board decision to hire Cole Underwood as Head Football Coach and AD; reason for S.J.'s move from Perryton, TX. |
| 12. | Francisca Zavala | Care of counsel for Defendant | Perryton ISD High School Assistant Principal; Testimony concerning the factual basis of Plaintiff's claims and Perryton ISD's defenses, reports about the relationship between N.J. and Cole Underwood and administration's responses to same; Perryton ISD's policies/procedures and implementation of same. |

|  | Witness | Contact Information | Subject Testimony |
|---|---|---|---|
| 13. | Sandi Wheeler | Care of counsel for Defendant | Perryton ISD Middle School Principal; Testimony concerning observations of Cole Underwood; her knowledge of reports by community members regarding Cole Underwood and N.J. and administrations response to same; content of deleted messages between herself and Cole Underwood; Perryton ISD's policies/procedures and implementation of same. |
| 14. | Rhyan Daugherty | 29 Truman Drive Clayton, NM 88415  Phone: 580.817.0478 | Former Perryton ISD coach and Assistant AD; Testimony concerning his observations of Cole Underwood and N.J.; his knowledge of reports made by community members to Perryton ISD regarding Cole Underwood and N.J.; Perryton ISD's athletic policies/procedures and implementation of same. |
| 15. | Toby Brown | Care of counsel for Defendant | Perryton ISD coach; Testimony concerning his observations of Cole Underwood and N.J.; his knowledge of reports made by community members to Perryton ISD regarding Cole Underwood and N.J.; Perryton ISD's athletic policies/procedures and implementation of same. |
| 16. | Casey Arruda | Care of counsel for Defendant | Perryton ISD coach; Testimony concerning his observations of Cole Underwood and N.J.; his knowledge of reports made by community members to Perryton ISD regarding Cole Underwood and N.J.; Perryton ISD's athletic policies/procedures and implementation of same. |
| 17. | Abigail Feger | Care of counsel for Defendant | Perryton ISD special education aide; Testimony concerning her observations of Cole Underwood; her knowledge of reports made to Perryton ISD regarding Cole Underwood and N.J. |

| | Witness | Contact Information | Subject Testimony |
|---|---|---|---|
| 18. | Paige Waide | Care of counsel for Defendant | Perryton High School counselor; Testimony concerning her observations of Cole Underwood; her knowledge of reports made to S.J. and Perryton ISD regarding Underwood and N.J.; Perryton ISD's policies/procedures and implementation of same; Plaintiff's damages. |
| 19. | Randi Cunningham | Care of counsel for Defendant | Perryton High School counselor; Testimony concerning her observations of Cole Underwood; her knowledge of reports made to S.J. and Perryton ISD regarding Underwood and N.J.; Perryton ISD's policies/procedures and implementation of same; Plaintiff's damages. |
| 20. | Kami Appelhans | Care of counsel for Defendant | Perryton High School coach; Testimony regarding her observations of Cole Underwood; her knowledge of communications from S.J. related to interaction between Cole Underwood and N.J. |
| 21. | Kurt Haberthur | 2913 Crestway Dr. Perryton, TX 79070<br><br>Phone: 806.336.1246 | Former Perryton ISD Athletic Director and coach; Testimony concerning observations of Cole Underwood; his recommendation to hire Cole Underwood as an Assistant Coach and recommendation to hire Cole Underwood as Head Football Coach and AD; knowledge of reports made to Amarillo ISD regarding Cole Underwood; his knowledge of reports made to Perryton ISD regarding Underwood and N.J.; Perryton ISD's policies/procedures and implementation of same. |
| 22. | Delma Haberthur, aka Delma Stokes | 2913 Crestway Dr. Perryton, TX 79070<br><br>Phone: 806.336.1246 | Gruver ISD High School Principal; Testimony concerning her observations of N.J. and Cole Underwood and her knowledge of reports to Perryton ISD regarding Underwood and N.J. |

|  | Witness | Contact Information | Subject Testimony |
|---|---|---|---|
| 23. | James Mireles | 26629 State Hwy 76 Blanchard, OK 73010<br><br>Phone: 620.272.3160 | Former Perryton ISD superintendent; Testimony concerning Cole Underwood's employment and recommendation for Board to hire him as Head Football Coach and AD and other District employment decision, the factual basis of Plaintiff's claims and Perryton ISD's defenses, Perryton ISD's policies/procedures and implementation of same. |
| 24. | David Vincent | 2880 Plaza Verde Santa Fe, NM 87507<br><br>Phone: 806.681.9319 | Former Amarillo High School Principal; Testimony concerning his observations of Underwood and complaints made to Amarillo ISD regarding Underwood. |
| 25. | Doug Loomis | 5101 Plaza St. Amarillo, TX 79109<br><br>Phone: 806.336.0349 | Former Amarillo ISD Superintendent; Testimony concerning Cole Underwood's employment at Amarillo ISD, his observations of Cole Underwood and reports made to Amarillo ISD regarding Cole Underwood's interaction with Amarillo High Students. |
| 26. | Chris Tatum | 7404 Park Ridge Dr. Amarillo, TX 79119<br><br>Phone: 806.433.6728 | Amarillo ISD Executive Director of Human Resources; Testimony concerning Cole Underwood's employment at Amarillo ISD, his observations of Cole Underwood and reports made to Amarillo ISD regarding Cole Underwood's interaction with Amarillo High Students. |
| 27. | Derya Walsh a/k/a Derya Leah | 2102 Jackson Dr., #A Perryton, TX 79070<br><br>Phone: 806.202.7813 | Friend of S.J.'s ex-wife; Testimony concerning reports to S.J. about the relationship between Cole Underwood and N.J. |

Defendant reserves the right to call as a witness any person on Plaintiff's Witness List or produced by Plaintiff in discovery but disclaims any duty to do so and reserves its right to object to the admissibility of their testimony. Defendant further reserves the right to call additional witnesses in rebuttal. Defendant reserves the right to supplement its Witness List and pretrial disclosures.

## II. TESTIMONY PRESENTED BY MEANS OF DEPOSITION

Defendant intends to call the below witnesses for live testimony, but in the event live testimony cannot be given, Defendant designates the below testimony by deposition. If Plaintiff presents any testimony by deposition, then Defendant may present cross examination testimony by deposition of any such persons.

| PLAINTIFF S.J. DEPOSITION DATE: SEPTEMBER 25, 2025 ||
| Beginning | Ending |
| --- | --- |
| Page 5, line 22 | Page 5, line 23 |
| Page 8, line 4 | Page 8, line 11 |
| Page 9, line 6 | Page 9, line 10 |
| Page 15, line 14 | Page 17, line 12 |
| Page 18, line 3 | Page 18, line 7 |
| Page 18, line 21 | Page 19, line 2 |
| Page 19, line 18 | Page 19, line 23 |
| Page 20, line 18 | Page 21, line 1 |
| Page 21, line 18 | Page 22, line 1 |
| Page 22, line 21 | Page 22, line 23 |
| Page 23, line 5 | Page 23, line 22 |
| Page 24, line 3 | Page 24, line 10 |
| Page 25, line 1 | Page 25, line 23 |
| Page 26, line 10 | Page 26, line 14 |
| Page 26, line 23 | Page 27, line 2 |
| Page 27, line 5 | Page 27, line 7 |
| Page 29, line 4 | Page 29, line 11 |
| Page 29, line 15 | Page 29, line 23 |
| Page 30, line 7 | Page 31, line 3 |
| Page 31, line 11 | Page 32, line 17 |
| Page 32, line 22 | Page 33, line 6 |
| Page 33, line 24 | Page 34, line 1 |
| Page 34, line 7 beginning with "Did [H.F.] ever…" | Page 34, line 12 |
| Page 34, line 17 | Page 35, line 9 |
| Page 35, line 15 | Page 35, line 20 |
| Page 36, line 16 | Page 37, line 4 |
| Page 37, line 6 | Page 37, line 7 |
| Page 37, line 12 | Page 39, line 6 |
| Page 39, line 14 | Page 39, line 21 |
| Page 40, line 1 | Page 41, line 2 |
| Page 42, line 22 | Page 43, line 8 |

| PLAINTIFF S.J. DEPOSITION DATE: SEPTEMBER 25, 2025 | |
|---|---|
| <u>Beginning</u> | <u>Ending</u> |
| Page 43, line 12 | Page 44, line 7 |
| Page 44, line 14 | Page 44, line 19 |
| Page 46, line 14 | Page 46, line 19 |
| Page 47, line 1 | Page 47, line 6 |
| Page 51, line 21 | Page 51, line 25 |
| Page 53, line 23 | Page 54, line 7 |
| Page 54, line 17 | Page 54, line 23 |
| Page 55, line 8 | Page 55, line 11 |
| Page 56, line 24 | Page 59, line 5 |
| Page 59, line 10 | Page 60, line 5 |
| Page 60, line 7 | Page 60, line 24 |
| Page 61, line 19 | Page 62, line 6 |
| Page 63, line 2 | Page 63, line 13 |
| Page 63, line 18 | Page 63, line 20 |
| Page 64, line 16 | Page 64, line 19 |
| Page 64, line 25 | Page 65, line 13 |
| Page 68, line 10 | Page 68, line 19 |
| Page 68, line 21 | Page 69, line 10 |
| Page 69, line 15 | Page 70, line 16 |
| Page 71, line 13 | Page 72, line 16 |
| Page 72, line 19 | Page 73, line 9 |
| Page 74, line 21 | Page 75, line 1 |
| Page 77, line 20 | Page 77, line 25 |
| Page 80, line 17 | Page 80, line 23 |
| Page 82, line 16 | Page 82, line 23 |
| Page 83, line 21 | Page 84, line 11 |
| Page 84, line 18 | Page 85, line 3 |
| Page 85, line 6 | Page 86, line 2 |
| Page 86, line 8 beginning with "Did you ask…" | Page 86, line 16 |
| Page 88, line 7 | Page 88, line 19 |
| Page 88, line 24 | Page 89, line 4 |
| Page 90, line 4 | Page 91, line 13 |
| Page 91, line 17 | Page 92, line 3 |
| Page 92, line 6 | Page 93, line 3 |
| Page 93, line 14 | Page 94, line 6 |
| Page 94, line 12 | Page 95, line 2 |
| Page 95, line 11 beginning with "Are you aware…" | Page 95, line 21 |
| Page 97, line 20 | Page 98, line 14 |
| Page 100, line 10 | Page 100, line 16 |
| Page 101, line 15 | Page 101, line 18 |

| PLAINTIFF S.J. DEPOSITION DATE: SEPTEMBER 25, 2025 ||
| Beginning | Ending |
|---|---|
| Page 107, line 13 | Page 107, line 17 |
| Page 108, line 15 | Page 108, line 24 |
| Page 109, line 5 | Page 110, line 11 |
| Page 111, line 8 | Page 112, line 10 |
| Page 112, line 21 | Page 113, line 8 |
| Page 119, line 3 | Page 119, line 24 |
| Page 120, line 16 | Page 120, line 20 |
| Page 121, line 3 | Page 121, line 9 |
| Page 121, line 15 | Page 121, line 21 |
| Page 122, line 4 | Page 124, line 7 |
| Page 127, line 11 | Page 128, line 3 |
| Page 128, line 15 | Page 128, line 25 |
| Page 129, line 10 | Page 129, line 15 |
| Page 129, line 17 | Page 129, line 20 |
| Page 130, line 1 | Page 130, line 11 |
| Page 130, line 23 | Page 131, line 14 |
| Page 131, line 18 | Page 134, line 15 |
| Page 134, line 22 | Page 135, line 6 |
| Page 135, line 14 | Page 136, line 11 |
| Page 138, line 13 | Page 138, line 21 |
| Page 139, line 1 | Page 139, line 17 |
| Page 140, line 10 | Page 141, line 1 |
| Page 144, line 22 | Page 145, line 1 |
| Page 146, line 10 | Page 147, line 5 |
| Page 147, line 23 | Page 149, line 21 |
| Page 149, line 24 | Page 150, line 14 |
| Page 150, line 16 | Page 151, line 4 |
| Page 151, line 8 | Page 151, line 24 |
| Page 153, line 4 | Page 153, line 9 |
| Page 153, line 13 | Page 153, line 17 |
| Page 154, line 8 | Page 155, line 13 |
| Page 161, line 4 | Page 161, line 17 |
| Page 165, line 4 | Page 165, line 10 |
| Page 165, line 18 | Page 166, line 1 |
| Page 166, line 5 | Page 166, line 9 |
| Page 170, line 23 | Page 171, line 23 |

| N.J. | |
|---|---|
| **DEPOSITION DATE: MARCH 13, 2026** | |
| Beginning | Ending |
| Page 5, line 15 | Page 5, line 25 |
| Page 6, line 9 | Page 7, line 1 |
| Page 7, line 8 | Page 7, line 13 |
| Page 7, line 17 | Page 8, line 3 |
| Page 8, line 10 | Page 8, line 12 |
| Page 8, line 17 | Page 8, line 24 |
| Page 9, line 4 | Page 12, line 1 |
| Page 12, line 5 beginning with "Did you ever…" | Page 12, line 23 |
| Page 13, line 25 beginning with "about how long.." | Page 15, line 14 |
| Page 15, line 18 | Page 15, line 25 |
| Page 16, line 6 | Page 18, line 19 |
| Page 18, line 22 | Page 19, line 17 |
| Page 19, line 22 | Page 20, line 16 |
| Page 20, line 23 | Page 21, line 12 |
| Page 21, line 16 | Page 24, line 5 |
| Page 24, line 13 | Page 25, line 8 |
| Page 25, line 14 | Page 25, line 18 |
| Page 26, line 15 | Page 27, line 22 |
| Page 28, line 4 | Page 28, line 19 |
| Page 29, line 3 | Page 31, line 6 |
| Page 31, line 13 | Page 31, line 22 |
| Page 32, line 3 | page 32, line 5 |
| Page 32, line 9 | Page 32, line 12 |
| Page 33, line 2 beginning with "how many times…" | Page 33, line 11 |
| Page 34, line 13 | Page 35, line 13 |
| Page 35, line 21 | Page 35, line 25 |
| Page 36, line 5 | Page 36, line 11 |
| Page 36, line 20 | Page 37, line 5 |
| Page 37, line 9 | Page 37, line 17 |
| Page 37, line 20 | Page 38, line 13 |
| Page 39, line 3 | Page 39, line 19 |
| Page 39, line 25 | Page 40, line 12 |
| Page 40, line 23 | Page 41, line 22 |
| Page 43, line 12 | Page 43, line 25 |
| Page 45, line 25 | Page 47, line 9 |
| Page 49, line 1 | Page 49, line 9 |
| Page 50, line 6 beginning with "And who was…" | Page 51, line 17 |
| Page 51, line 24 beginning with "after he | Page 52, line 3 |

| N.J. | |
|---|---|
| **DEPOSITION DATE:  MARCH 13, 2026** | |
| <u>Beginning</u> | <u>Ending</u> |
| moved…" | |
| Page 52, line 7 | Page 52, line 10 |


| H.F. | |
|---|---|
| **DEPOSITION DATE:  FEBRUARY 17, 2026** | |
| <u>Beginning</u> | <u>Ending</u> |
| Page 5, line 8 | Page 5, line 10 |
| Page 6, line 5 | Page 6, line 12 |
| Page 6, line 15 | Page 6, line 17 |
| Page 7, line 14 | Page 8, line 8 |
| Page 8, line 13 | Page 8, line 18 |
| Page 9, line 20 | Page 9, line 23 |
| Page 10, line 2 | Page 10, line 4 |
| Page 10, line 17 | Page 10, line 20 |
| Page 11, line 13 | Page 11, line 16 |
| Page 11, line 25 | Page 12, line 5 |
| Page 12, line 12 | Page 12, line 17 |
| Page 12, line 23 | Page 12, line 25 |
| Page 13, line 18 | Page 13, line 25 |
| Page 14, line 6 | Page 15, line 3 ending with "flirting" |
| Page 15, line 24 | Page 16, line 16 |
| Page 17, line 22 | Page 18, line 21 |
| Page 20, line 18 | Page 21, line 4 |
| Page 22, line 17 | Page 22, line 22 |
| Page 23, line 1 | Page 23, line 7 |
| Page 23, line 13 | Page 23, line 16 |
| Page 25, line 4 | Page 25, line 17 |
| Page 25, line 25 | Page 26, line 3 |
| Page 26, line 10 | Page 26, line 11 |
| Page 26, line 19 | Page 26, line 20 |
| Page 27, line 24 | Page 28, line 15 |
| Page 30, line 7 | Page 30, line 12 |
| Page 31, line 18 | Page 31, line 22 |
| Page 32, line 1 | Page 32, line 14 |
| Page 33, line 1 | Page 33, line 7 |
| Page 33, line 20 | Page 34, line 1 |
| Page 34, line 7 | Page 35, line 3 |
| Page 36, line 25 | Page 37, line 3 |
| Page 37, line 12 | Page 38, line 9 |
| Page 39, line 19 | Page 39, line 24 ending with "That was when CPS." |

| H.F. | |
|---|---|
| **DEPOSITION DATE: FEBRUARY 17, 2026** | |
| <u>Beginning</u> | <u>Ending</u> |
| Page 41, line 8 | Page 41, line 16 |
| Page 43, line 20 | 4 Page 4, line 4 |

Defendant reserves the right to make further deposition excerpt designations should any witness whose deposition has been taken becomes unavailable to testify at trial.

### III. DOCUMENTS AND EXHIBITS

**A.    <u>Documents Or Other Exhibits Defendant Expects To Offer At Trial</u>**

| NO. | DOCUMENT | DATE/ REFERENCE |
|---|---|---|
| 1. | Cole Underwood Resignation | April 24, 2024 |
| 2. | SBEC Report and related Notices | April 24, 2024 |
| 3. | Letter placing Cole Underwood on administrative leave | April 22, 2024 |
| 4. | Directives to Cole Underwood from Greg Brown | March 4, 2024 |
| 5. | Trainings completed by PISD employees | 2022-2024 |
| 6. | Lists of staff trainings | 2022, 2023, 2024 |
| 7. | Text messages between Cole Underwood and S.J. | September 22, 2023 – April 23, 2024 |
| 8. | Text messages between H.F. and S.J. regarding Cole giving N.J. a ride home from the track meet | March 9, 2024 |
| 9. | Text messages between H.F. and N.J. regarding Cole Underwood giving N.J. a ride home from track meet | March 9, 2024 |
| 10. | Email from S.J. to Superintendent Greg Brown regarding S.J.'s request for Cole Underwood to drive N.J. home from track meet and support for Cole Underwood | March 4, 2024 |
| 11. | Preservation of Evidence Notice to Perryton ISD from Goodwin/Lewis | May 6, 204 |
| 12. | DBAA (LOCAL) | In effect 2023-24 |
| 13. | DFBA (LOCAL) | In effect 2023-24 |
| 14. | DH (EXHIBIT) – Educators' Code of Ethics | In effect 2023-24 |
| 15. | DH (LEGAL) | In effect 2023-24 |
| 16. | DH (LOCAL) | In effect 2023-24 |
| 17. | DH (REGULATION) | In effect 2023-24 |
| 18. | DHB (LEGAL) | In effect 2023-24 |
| 19. | FFF (LOCAL) | In effect 2023-24 |
| 20. | FFF (LEGAL) | In effect 2023-24 |
| 21. | FFG (LOCAL) | In effect 2023-24 |
| 22. | FFG (LEGAL) | In effect 2023-24 |
| 23. | FFG (EXHIBIT) | In effect 2023-24 |

| NO. | DOCUMENT | DATE/ REFERENCE |
|---|---|---|
| 24. | FFH (LEGAL) | In effect 2023-24 |
| 25. | FFH (LOCAL) | In effect 2023-24 |
| 26. | FFH (EXHIBIT) | In effect 2023-24 |

**B.**    **Documents Or Other Exhibits Defendant May Offer At Trial**

| NO. | DOCUMENT | DATE/ REFERENCE |
|---|---|---|
| 1. | Perryton ISD Press Release regarding Underwood placed on administrative leave/investigation | May 25, 2024 |
| 2. | News article [unknown source] regarding Perryton ISD new staff training program | May 2, 2024 |
| 3. | Ross Sproul email recommendation regarding Cole Underwood | March 30, 2022 |
| 4. | Cole Underwood Perryton ISD Employment Contracts | 2022-25 |
| 5. | Cole Underwood Application to Perryton ISD | May 11, 2023 |
| 6. | Certified Applicant Survey regarding Cole Underwood completed by Paige Waide | May 17, 2023 |
| 7. | Amarillo ISD Business Records Affidavit | May 15, 2024 |
| 8. | Cole Underwood Amarillo ISD Employment Contracts | 2017-18 through 2021-22 |
| 9. | Chris Tatum Summary Memorandum and Administrative Directors to Cole Underwood regarding electronic communication with students | August 10, 2018 |
| 10. | Doug Loomis letter placing Cole Underwood on paid administrative leave | August 7, 2018 |
| 11. | Amarillo ISD investigation Notes & Report regarding SnapChat | August 7, 2018 |
| 12. | Amarillo ISD Notes regarding allegations of students drinking at Cole Underwood's house | January 2020 |
| 13. | Notes regarding photos on Facebook with students | December 7, 2021 |
| 14. | Index and File Summary of Cole Underwood's Amarillo ISD Disciplinary File | undated |
| 15. | Doug Loomis SBEC report to TEA Division of Educator Investigations | August 22, 2024 |
| 16. | Perryton ISD Camera access logs | February 3, 2024 to December 6, 2024 |

| NO. | DOCUMENT | DATE/ REFERENCE |
|---|---|---|
| 17. | Videos from security cameras | April 7, 2024; April 12, 2024; April 13, 2024; April 14, 2024; April 20, 2024 |
| 18. | Videos from open gym | January 12, 2024 |
| 19. | Best Duo Collage posted by N.J. on social media | Undated |
| 20. | Picture Cole Underwood and N.J. at open gym | Undated |
| 21. | Pictures of Cole and N.J. in the hallway, in the gym, at a track meet | April 2024 |
| 22. | Perryton ISD Title IX Formal Complaint Procedures | |
| 23. | Title IX PowerPoint presentation | |
| 24. | Log of teachers completing online trainings | 2022-2024 |
| 25. | New Teacher Training sign-in sheet | August 2022 |
| 26. | List of Perryton ISD staff and permissions for accessing ParentSquare | Effective 2023-24 |
| 27. | Communications between Greg Brown and ParentSquare Support regarding obtaining reports | December 13 - 16, 2024 |
| 28. | Perryton ISD Athletic Code of Conduct | 2023-24 School Year |
| 29. | Excerpts from Perryton ISD Employee Handbook | 2023-24 School Year |
| 30. | Excerpts from Perryton ISD Student Handbook and Student Code of Conduct | 2023-24 School Year |
| 31. | Employee Handbook Receipts; Technology Acceptable Use Policy Receipts | August, 2023 – August, 2024 |
| 32. | Greg Brown investigation notes into reports of Cole Underwood and N.J. meeting at the high school | April 2024 |
| 33. | Text messages between Greg Brown and Wes Beal regarding Cole Underwood driving N.J. home from track meet and will investigate | March 3-4, 2024 |
| 34. | Text messages between Greg Brown and Bryce Hale | June 4, 2024 |
| 35. | Text messages between Cole Underwood and Sandi Wheeler (includes screen shot of S.J. text with H.F. regarding Cole is a friend & asked him to give N.J. ride from track meet) | March 9, 2024 |

| NO. | DOCUMENT | DATE/ REFERENCE |
|---|---|---|
| 36. | Text message from Cole Underwood to Board member reporting S.J. insisted he give N.J. a ride home from track meet | March 29, 2024 |
| 37. | Text messages from school counselor to Cole Underwood regarding discussion with N.J. about photos N.J. posted and N.J. insists just showing her appreciation for Cole Underwood's support | January 17, 2024 |
| 38. | Text messages from/to Duce Cooper and Holdyn concerning Cole Underwood and N.J. | April 16, 2024 – April 23, 2024 |
| 39. | Text messages between S.J. and Board member regarding Cole Underwood "had us all fooled" | April 24, 2024 |
| 40. | Text message between S.J. and Board member regarding moving from Perryton because of better opportunity he can't pass up | October 15, 2024 |
| 41. | Text Messages between Greg Brown and S.J. | April 23, 2024 May 20, 2024 |
| 42. | Text message from S.J. to Kami Appelhans regarding Cole Underwood driving N.J. home from track meet | March 1, 2024 |
| 43. | Counselor's email to S.J. offering free counseling options for N.J. | April 25, 2024 |
| 44. | ParentSquare messages between Cole Underwood and N.J. from April 2024 regarding propping door open | April 2024 |
| 45. | Email from Cole Underwood to Kyle Vernor regarding N.J. being excused from class to meet regarding family issues | September 26, 2023 |
| 46. | Email from N.J. regarding not returning to class for remainder of year but will attend awards banquet | April 26, 2024 |
| 47. | Email from former AD to coaches regarding appropriate interactions with students | September 22, 2022 |
| 48. | Email from former AD with reminder to not prop doors open | December 14, 2022 |
| 49. | Email from former AD to coaches regarding appropriate conduct | January 17, 2023 |
| 50. | Email from Cole Underwood to former Superintendent James Mireles regarding consideration for AD position | May 10, 2023 |

| NO. | DOCUMENT | DATE/ REFERENCE |
|---|---|---|
| 51. | Recommendation letter from Sandi Wheeler for Cole Underwood regarding AD position | May 15, 2023 |
| 52. | Email from Superintendent regarding introduction to the District | June 27, 2023 |
| 53. | Cole Underwood emails from HS Principal regarding camera access for Cole Underwood | July 25, 2023 |
| 54. | Cole Underwood emails regarding installation of new cameras in weight room | July 26, 2023 |
| 55. | Email from counselor recognizing Cole Underwood as incredible role model | August 18, 2023 |
| 56. | Email from HS Principal to Cole Underwood regarding camera access | October 24, 2023 |
| 57. | Emails between Cole Underwood and I. Altamirano regarding camera access | October 25-26, 2023 |
| 58. | Cole Underwood email with schedule for Gruver ISD Holiday Classic | December 4, 2023 |
| 59. | Email from Ivan Altamirano regarding training on camera system | December 12, 2023 |
| 60. | Calendar invite for Cole Underwood to meet with Superintendent Brown | January 5, 2024 |
| 61. | Email from parent requesting meeting to discuss conduct at Dumas basketball game | January 6, 2024 |
| 62. | Email from JH Principal regarding meeting with another coach about conversation with female athletes | January 12, 2024 |
| 63. | Announcement and schedule for Canyon Invitational | March 1 & 2, 2024 |
| 64. | Email from N.J. regarding request to meet about volleyball program | February 29, 2024 |
| 65. | Email from Superintendent's secretary to staff regarding picking up contracts | March 1, 2024 |
| 66. | Emails from Greg Brown regarding suspending Cole Underwood's camera access | March 3-4, 2024 |
| 67. | Email regarding missing camera access from Cole Underwood | April 17, 2024 |

| NO. | DOCUMENT | DATE/ REFERENCE |
|---|---|---|
| 68. | Email forwarding employee grievance from Cole Underwood | April 23, 2024 |
| 69. | Email from HS Principal to multiple staff regarding Cole Underwood attempting to contact students & staff | May 13, 2024 |
| 70. | Email from counselor congratulating Cole Underwood on marriage | December 14, 2022 |
| 71. | Email from Cole Underwood to former Superintendent Mireles with portfolio for AD application | May 16, 2023 |
| 72. | Email regarding access to security cameras | July 25, 2023 |
| 73. | Email regarding cameras in weight room | July 27, 2023 |
| 74. | Email from Cole Underwood requesting access to cameras | October 26, 2023 |
| 75. | Texts between Cole Underwood and Dacey Underwood | December 22, 2023 |
| 76. | Texts between Cole Underwood and Dacey Underwood | January 8, 2024 |
| 77. | Texts between Cole Underwood and Dacey Underwood | January 20, 2024 |
| 78. | Texts between Cole Underwood and Dacey Underwood | February 7, 2024 |
| 79. | Texts between Cole Underwood and Dacey Underwood | March 4, 2024 |
| 80. | Texts between Cole Underwood and Dacey Underwood | March 4, 2024 |
| 81. | N.J. Medical Records - Rolling Plains Counseling & Wellness Center | June 12, 2024 – August 26, 2024 |
| 82. | N.J. Medical Records - The Bridge | May  3, 2024 – May 21, 2024 |
| 83. | N.J. MRI & Phys Therapy – Ochiltree General Hospital | February 15, 2024 – May 1, 2024 |
| 84. | N.J. Medical Records – Perryton Health Center | February 7, 2024 – April 25, 2024 |
| 85. | N.J. Medical Records - Rolling Plains Counseling Billing Statement | June 12, 2024 – August 20, 2024 |
| 86. | Yukon Public Schools Initial 504 Meeting documents for N.J. (Invitation, Eligibility Report, Service Plan and Notice to Parents) | February 28, 2025 |
| 87. | Living Hope Counseling – S.J. Billing Statement | July 15, 2024 – August 14, 2024 |

| NO. | DOCUMENT | DATE/ REFERENCE |
|---|---|---|
| 88. | S.J. ExxonMobil Retirement Account | October 1, 2024 – December 31, 2024 |
| 89. | U-Haul Rental Statement | November 20, 2024 |
| 90. | Greg Brown email to preserve evidence | May 9, 2024 |
| 91. | Litigation Hold memo from Greg Brown to preserve evidence | May 7, 2024 |
| 92. | Litigation Hold memo from Greg Brown to preserve evidence | June 10, 2024 |
| 93. | Greg Brown email regarding preservation of evidence | June 11, 2024 |
| 94. | Greg Brown email to Sandi Wheeler regarding uploading documents responsive to discovery | December 4, 2024 |
| 95. | Greg Brown email to Sandi Wheeler documenting discussion regarding deleted messages | February 6, 2024 |

Defendant reserves the right to add additional documents to be used as exhibits as impeachment evidence at the trial of this cause.

Respectfully submitted,

/s/ *Slater C. Elza*

Slater C. Elza
State Bar No. 24000747
slater.elza@uwlaw.com
Fred A. Stormer
State Bar No. 24013579
Fred.stormer@uwlaw.com

**UNDERWOOD LAW FIRM P.C.**
P.O. Box 9158
Amarillo, TX 79105
Tel: (806) 376-5613
Fax: (806) 379-0316

Janet Sobey Bubert
State Bar No. 24036281
janet.bubert@uwlaw.com

**UNDERWOOD LAW FIRM P.C.**
600 Bailey Ave., Suite 200
Fort Worth, TX 76107
Tel. (817) 885-7529
Fax (817) 439-9922

Attorneys for Defendant
Perryton Independent School District

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties of record via the Court's Electronic Filing System on the 8th day of July, 2026.


/s/ Slater C. Elza
Slater C. Elza